IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, ET AL., *Plaintiffs*, v. HAROLD W. CLARKE, ET AL., *Defendants*. | CIVIL ACTION NO. 3:12-CV-00036 **O R D E R** NORMAN K. MOON UNITED STATES DISTRICT JUDGE |

For the reasons stated in the accompanying memorandum opinion, the motion to dismiss (docket no. 43) filed by defendant Armor Correctional Health, Inc. is **GRANTED**.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

**ENTERED** this  4th  day of October, 2013.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE