IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, ET AL., *Plaintiffs*, v. HAROLD W. CLARKE, ET AL., *Defendants*. | CIVIL ACTION NO. 3:12-CV-00036 **O R D E R** NORMAN K. MOON UNITED STATES DISTRICT JUDGE |

As a matter of judicial economy, nondispositive pretrial motions and issues in the above-referenced civil action are hereby retained by the undersigned.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this order to all counsel of record.

**ENTERED** this  23rd  day of October, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE