IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, ET AL.,<br>        *Plaintiffs*,<br>v.<br>HAROLD W. CLARKE, ET AL.,<br>        *Defendants*. | CIVIL ACTION NO. 3:12-CV-00036<br><br>**O R D E R**<br><br>NORMAN K. MOON<br>UNITED STATES DISTRICT JUDGE |

For the reasons stated in the accompanying memorandum opinion, the motion to dismiss (docket no. 68) filed by defendant Dr. Mark Militana, Medical Director, Fluvanna Correctional Center for Women, is **DENIED**.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

**ENTERED** this 15th day of November, 2013.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE