IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, ET AL., <br>                                  *Plaintiffs*, <br> v. <br> HAROLD W. CLARKE, ET AL., <br>                                  *Defendants*. | CIVIL ACTION NO. 3:12-CV-00036 <br><br> **O R D E R** <br><br> NORMAN K. MOON <br> UNITED STATES DISTRICT JUDGE |

For the reasons stated in the accompanying memorandum opinion, the "Emergency Motion to Stay Litigation Pending Joinder of Necessary Party" (docket no. 117) filed by one of the defendants in this matter, Corizon Health, Inc., is **DENIED**.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

**ENTERED** this ___28th___ day of July, 2014.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE