IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

**Charlottesville Division**

| | |
|---|---|
| **CYNTHIA B. SCOTT, et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:12-cv-00036-NKM |
| **HAROLD W. CLARKE, et al.,** | ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Harold W. Clarke, David Robinson, Frederick Schilling and Phyllis Baskerville, by counsel, pursuant to Rule 56, Federal Rules of Civil Procedure, and respectfully move this Honorable Court for summary judgment. The reasons for this Motion are more fully set forth in the accompanying Memorandum.

Respectfully Submitted,

HAROLD W. CLARKE, A. DAVID ROBINSON, FREDERICK SCHILLING, and PHYLLIS A. BASKERVILLE

By: s/ J. Michael Parsons
J. Michael Parsons, AAG II, VSB #68520
Office of the Attorney General
Public Safety & Enforcement Division
900 East Main Street
Richmond, Virginia 23219
Phone: (804) 786-0046
Fax: (804) 786-4239
Email: jparsons@oag.state.va.us

By: s/ James M. Isaacs
James M. Isaacs, AAG, VSB #38232
Office of the Attorney General
Public Safety & Enforcement Division
900 East Main Street
Richmond, Virginia 23219
Phone: (804) 786-0030
Fax: (804) 786-4239
Email: jisaacs@oag.state.va.us

By: s/ Kate E. Dwyre
Kate E. Dwyre, AAG, VSB #82065
Office of the Attorney General
Public Safety & Enforcement Division
900 East Main Street
Richmond, Virginia 23219
Phone: (804) 786-5630
Fax: (804) 786-4239
Email: kdwyre@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September, 2014, I electronically filed the foregoing Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Mary C. Bauer, Esquire
mary@justice4all.org
Brenda E. Castaneda, Esquire
brenda@justice4all.org
Abigail Turner, Esquire
abigail@justice4all.org
Angela Ciolfi, Esquire
angela@justice4all.org
Erin M. Trodden, Esquire
erin@justice4all.org
Ivy A. Finkenstadt, Esquire
ivy@justice4all.org
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, Virginia 22903

and

Theodore A. Howard, Esquire
thoward@wileyrein.com
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006

and

Deborah M. Golden, Esquire
Deborah_golden@washlaw.org
D.C. PRISONERS PROJECT OF
THE WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(*Attorneys for Plaintiffs*)

and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants: N/A.

                                                  s/     J. Michael Parsons
J. Michael Parsons, AAG II, VSB #68520
Office of the Attorney General
Public Safety & Enforcement Division
900 East Main Street
Richmond, Virginia 23219
Phone: (804) 786-0046
Fax: (804) 786-4239
Email: jparsons@oag.state.va.us