EXHIBIT
20

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION

```
--------------------------------:
CYNTHIA B. SCOTT,               :
BOBINETTE D. FEARCE,            :
MARGUERITE RICHARDSON           :
and REBECCA L. SCOTT,           :
Prisoners residing at           :
FLUVANNA CORRECTIONAL           :
CENTER FOR WOMEN,               :
          Plaintiffs,           :
                                :
    -vs-                        : Case No.:
                                : 3:12-cv-36
HAROLD W. CLARKE, Director,     :
VIRGINIA DEPARTMENT             :
OF CORRECTIONS, et al.          :
                                :
          Defendants.           :
--------------------------------:
```

FLUVANNA COUNTY, VIRGINIA
Monday, May 12, 2014

Deposition of:

DAVID C. MACDONALD, M.D.

called for oral examination by counsel for

Plaintiff, pursuant to notice, at Fluvanna

Correctional Center for Women, Fluvanna County,

Virginia, before Lisa A. Mattson, a Notary Public in

and for the Commonwealth of Virginia, beginning at

9:30 a.m., when present on behalf of the respective

parties:

Capital Reporting Company
MacDonald, David M.D.  05-12-2014

2

A P P E A R A N C E S

On behalf of Plaintiffs:

THOEDORE A. HOWARD, ESQUIRE
Wiley Rein, LLP
1776 K Street NW
Washington DC 20006
(202) 719-7049
thoward@wileyrein.com

ABIGAIL TURNER, ESQUIRE
BRENDA CASTANEDA, ESQUIRE
Legal Aid Justice Center
1000 Preston Avenue
Charlottesville, Virginia 22903
(434) 977-0558

On behalf of the Defendants:

AMY MILLER, ESQUIRE
McGuire Woods, LLP
2001 K Street, NW
Suite 400
Washington, D.C. 20036
(202)857-1732

Appearances Continued

J. MICHAEL PARSONS, ESQUIRE
ASSISTANT ATTORNEY GENERAL
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804)786-0046

ALSO PRESENT:

Cynthia Scott
Marguerite Richardson
Rebecca Scott
Bobinette Fearce

Capital Reporting Company
MacDonald, David M.D.  05-12-2014

155

would regard as -- that's a bad question.

So, in effect, the options are depend on correctional staff or reside in the infirmary --

A.    Yes.

Q.    -- from the standpoint of --

A.    Yes.

Q.    -- bathroom needs?

A.    Yes.

Q.    Do you know if bathroom profiles were ever issued or were they just not issued in the time frame that we're talking about here?

A.    Oh, they were issued.  When I first came to Fluvanna, they were issued.  And then security made the decision that they would allow women out, that they would take the responsibility for bathroom privileges.  Writing a profile is not something that we had to do.  It was something nice we did.  And it was abused.  Women took advantage of it.  So security said they would handle it.

Q.    In terms of the abuse of the privilege, that's just something that you know of as a result of being told by security?

Capital Reporting Company
MacDonald, David M.D.  05-12-2014

156

MS. MILLER:  Object to the form.

THE WITNESS:  Security said it was an onerous aspect for them to carry and they would rather take care of it on their own without profiles.  So I stopped writing profiles.

BY MR. HOWARD:

Q.  Is there room in the infirmary for all of the women in the institution who might have urgent bathroom needs?

A.  Yes.

MS. MILLER:  Object to the form.

THE WITNESS:  Sorry.  Yes.

BY MR. HOWARD:

Q.  Or at least that was true at the time you were medical director?

A.  Yes.

* * * *

(Deposition Exhibit Number 24 was marked for identification.)

* * * *

BY MR. HOWARD:

Q.  Exhibit 24, Dr. MacDonald, is another IMS

Capital Reporting Company
MacDonald, David M.D.  05-12-2014

202

CERTIFICATE OF NOTARY PUBLIC

I, Lisa A. Mattson, the officer before whom the

foregoing deposition was taken, do hereby certify

that the witness whose testimony appears in the

foregoing deposition was duly sworn by me; that the

testimony of said witness was taken by me in

stenotype and thereafter reduced to typewriting

under my direction; that said deposition is a true

record of the testimony given by said witness; that

I am neither counsel for, related to, nor employed

by and for the parties to the action in which this

deposition was taken; and, further, that I am not a

relative or employee of any counsel or attorney

employed by the parties hereto, nor financially or

otherwise interested in the outcome of this action.

_____
Lisa A. Mattson
Notary Public in and for the
Commonwealth of Virginia

My commission expires:
April 30, 2015

Notary Registration No.:335416

Capital Reporting Company
MacDonald, David M.D.  05-12-2014

203

A C K N O W L E D G E M E N T   O F   D E P O N E N T

I, DAVID MACDONALD, M.D., do hereby acknowledge I

have read and examined the foregoing pages of

testimony, and the same is a true, correct, and

complete transcript of the testimony given by me,

and any changes or corrections, if any, appear in

the attached errata sheet signed by me.

_____                 _____
Date                        DAVID MACDONALD, M.D.