IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

**Charlottesville Division**

| | |
|---|---|
| CYNTHIA B. SCOTT, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:12-cv-00036-NKM |
| ) | |
| HAROLD W. CLARKE, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiffs and Defendants, by their counsel, notify the Court that on November 25, 2014, the parties agreed, in principle, to settle this civil action.

    Respectfully submitted,

    Mary C. Bauer, VSB No. 31388
    (mary@justice4all.org)
    Abigail Turner, VSB No. 74437
    (abigail@justice4all.org)
    Brenda E. Castaneda, VSB No. 72809
    (brenda@justice4all.org)
    Angela Ciolfi, VSB No. 65337
    (angela@justice4all.org)
    Erin M. Trodden, VSB No. 71515
    (erin@justice4all.org)
    Ivy A. Finkenstadt, VSB No. 84743
    (ivy@justice4all.org)
    LEGAL AID JUSTICE CENTER
    1000 Preston Avenue, Suite A
    Charlottesville, VA 22903
    (434) 977-0553

    and

    Deborah M. Golden, Esquire
    (Deborah_golden@washlaw.org)

D.C. PRISONERS PROJECT OF
THE WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

and

Theodore A. Howard (admitted *pro hac vice*)
(thoward@wileyrein.com)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000

By: s/  Theodore A. Howard
     Attorneys for Plaintiffs


Respectfully submitted,

J. Michael Parsons, AAG II, VSB #68520
Office of the Attorney General
Criminal Justice and Public Safety Division
900 East Main Street
Richmond, Virginia 23219
Phone:  (804) 786-0046
Fax:  (804) 786-4239
Email: jparsons@oag.state.va.us

James M. Isaacs, AAG, VSB #38232
Office of the Attorney General
Criminal Justice and Public Safety Division
900 East Main Street
Richmond, Virginia 23219
Phone:  (804) 786-0030
Fax:  (804) 786-4239
Email: jisaacs@oag.state.va.us

Kate E. Dwyre, AAG, VSB #82065
Office of the Attorney General
Criminal Justice and Public Safety Division
900 East Main Street

2

Richmond, Virginia 23219
Phone: (804) 786-5630
Fax: (804) 786-4239
Email: kdwyre@oag.state.va.us

By: s/ J. Michael Parsons
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2014, I electronically filed the foregoing Joint Notice of Settlement in Principle with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Mary C. Bauer, Esquire
mary@justice4all.org
Abigail Turner, Esquire
abigail@justice4all.org
Brenda E. Castaneda, Esquire
brenda@justice4all.org
Angela Ciolfi, Esquire
angela@justice4all.org
Erin M. Trodden, Esquire
erin@justice4all.org
Ivy A. Finkenstadt, Esquire
ivy@justice4all.org
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, Virginia 22903

and

Theodore A. Howard, Esquire
thoward@wileyrein.com
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006

and

Deborah M. Golden, Esquire
Deborah_golden@washlaw.org
D.C. PRISONERS PROJECT OF
THE WASHINGTON LAWYERS'

3

    COMMITTEE FOR CIVIL RIGHTS AND
    URBAN AFFAIRS
    11 Dupont Circle, N.W., Suite 400
    Washington, D.C. 20036
    (*Attorneys for Plaintiffs*)

and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants: N/A.

    s/    J. Michael Parsons
    J. Michael Parsons, AAG II, VSB #68520
    Office of the Attorney General
    Criminal Justice and Public Safety Division
    900 East Main Street
    Richmond, Virginia 23219
    Phone: (804) 786-0046
    Fax: (804) 786-4239
    Email: jparsons@oag.state.va.us
    (Attorney for Defendants)

4
Case 3:12-cv-00036-NKM-JCH   Document 204   Filed 11/25/14   Page 4 of 4   Pageid#: 4002