**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| CYNTHIA B. SCOTT, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | Case No. 3:12-cv-00036-NKM |
| v. | ) | Sr. Judge Norman K. Moon |
| | ) | |
| HAROLD W. CLARKE, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

## SECOND JOINT STATUS REPORT REGARDING SETTLEMENT

In response to this Court's informal request, Plaintiffs Cynthia B. Scott, *et al*. and

Defendants Harold W. Clarke, *et al*., by their respective undersigned attorneys, hereby jointly

advise the Court as follows:.

1.      Pursuant to a settlement agreement in principle reached between the parties, they

entered into a Memorandum of Understanding ("MOU") on November 25, 2014, setting forth a

framework for progression towards a final Settlement Agreement.  In accordance with their

intentions, the parties filed a Joint Notice of Settlement (ECF Dkt. No. 204), pursuant to which

this case was removed from the Court's trial calendar.

2.      The parties subsequently filed a Joint Status Report Regarding Settlement on

April 21, 2015 (ECF Dkt. No. 209), updating the Court on the parties' progress toward reaching

a proposed final agreement. Since that time, the parties have held three in-person meetings as

well as had numerous other communications by phone and email regarding changes to the

VDOC Operating Procedures (OPs) for FCCW pursuant to the MOU and regarding also the form

and content of the proposed Settlement Agreement and supporting documents.  The parties have

consulted as necessary with their respective medical experts regarding these documents as well as with Dr. Nicholas Scharff, the monitor they have jointly agreed upon.

3.      At this stage, the parties have resolved nearly all disagreements on both the OPs and the Settlement Agreement, and are in the process of preparing final documents for submission to the court.  The parties anticipate that final documents will be submitted on or before September 15, 2015, with the Class Notice period and scheduling of the Fairness Hearing to proceed as expeditiously as possible thereafter.

4.      Counsel for the parties would be pleased to respond to any questions or concerns the Court may have with respect to any of the information set forth above.

DATED:          August 21, 2015

Respectfully submitted,

| | |
|---|---|
| Mary C. Bauer, VSB No. 31388 ([mary@justice4all.org](mailto:mary@justice4all.org)) Abigail Turner, VSB No. 74437 ([abigail@justice4all.org](mailto:abigail@justice4all.org)) Brenda E. Castañeda, VSB No. 72809 ([brenda@justice4all.org](mailto:brenda@justice4all.org)) Anglea Ciolfi, VSB No. 65337 ([anglea@justice4all.org](mailto:anglea@justice4all.org)) Erin M. Trodden, VSB No. 71515 ([erin@justice4all.org](mailto:erin@justice4all.org)) Ivy A. Finkenstadt, VSB No. 84743 ([ivy@justice4all.org](mailto:ivy@justice4all.org)) LEGAL AID JUSTICE CENTER 1000 Preston Ave., Suite A Charlottesville, VA  22903 (434) 977-0553 | Richard C. Vorhis, VSB No. 23170 ([rvorhis@oag.state.va.us](mailto:rvorhis@oag.state.va.us)) J. Michael Parsons, VSB No. 68520 ([jparsons@oag.state.va.us](mailto:jparsons@oag.state.va.us)) James M. Isaacs, VSB No. 38232 ([jiaacs@oag.state.va.us](mailto:jiaacs@oag.state.va.us)) Kate E. Dwyre, VSB No. 82065 ([kdwyer@oag.state.va.us](mailto:kdwyer@oag.state.va.us)) Correctional Litigation Section, Criminal Justice and Public Safety  Division OFFICE OF THE ATTORNEY GENERAL 900 East Main Street Richmond, VA  23219 (804) 784-0046 |
| and | By:    **/s/J. Michael Parsons** |
| Deborah M. Golden (admitted *pro hac vice*) ([Deborah_Golden@washlaw.org](mailto:Deborah_Golden@washlaw.org)) Elliot Mincberg WASHINGTON LAWYERS' COMMITTEEE FOR  CIVIL RIGHTS AND URBAN AFFAIRS | Attorneys for Defendants |

2

11 Dupont Circle, N.W.
Suite 400
Washington, D.C.  20036
(202) 319-1000

       and

Theodore A. Howard (admitted *pro hac vice*)
([thoward@wileyrein.com](mailto:thoward@wileyrein.com))
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C.  20006
(202) 719-7000

By:   **/s/Brenda E. Castañeda**           

    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August 2015, a true and correct copy of the

foregoing Second Joint Status Report Regarding Settlement was served *via* electronic mail upon

the following:

> Richard C. Vorhis, Esq.
> ([rvorhis@oag.state.va.us](mailto:rvorhis@oag.state.va.us))
> J. Michael Parsons, Esq.
> ([jparsons@oag.state.va.us](mailto:jparsons@oag.state.va.us))
> Correctional Litigation Section, Criminal
>  Justice and Public Safety Division
> OFFICE OF THE ATTORNEY GENERAL
> 900 East Main Street
> Richmond, VA  23219
>
> Attorneys for Defendants

> _____**/s/Brenda E. Castañeda**_____
> Brenda E. Castañeda