IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, *et al.*, | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 3:12-cv-00036-NKM <br> ) Sr. Judge Norman K. Moon |
| HAROLD W. CLARKE, *et al.*, | ) |
| *Defendants.* | ) |

## PLAINTIFFS' CONSENT MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs Cynthia Scott, *et al.*, subject to the express consent of Defendants Harold W. Clarke, A. David Robinson, Frederick Schilling and Tammy Brown, all in their official capacities as representatives of the Virginia Department of Corrections ("the VDOC Defendants"), seek preliminary approval under Rule 23(e), Fed. R. Civ. P., of a class settlement for all women who currently reside or will in the future reside at FCCW and who have sought, are currently seeking or will seek adequate, appropriate medical care for serious medical needs, as contemplated by the Eighth Amendment to the Constitution. The Plaintiffs and VDOC Defendants have reached a Settlement Agreement which the parties believe is fair and just and adequately resolves the Plaintiffs' claims. The Plaintiffs and Class Counsel ask that this Court grant preliminary approval of the Settlement, and order that the Class Notice attached as Exhibit 2 to the Memorandum supporting this Motion be provided to the Class Members, notifying them of the proposed terms of the Settlement, their rights under Rule 23(e) and the date and time of the Fairness Hearing.

Plaintiffs have filed today a Memorandum of Law and proposed Order in support of this Motion; for the reasons set forth therein, they request that the Motion be granted.

DATED: September 15, 2015

Respectfully submitted,

Mary C. Bauer, VSB No. 31388
(mary@justice4all.org)
Abigail Turner, VSB No. 74437
(abigail@justice4all.org)
Brenda E. Castañeda, VSB No. 72809
(brenda@justice4all.org)
Angela Ciolfi, VSB No. 65337
(angela@justice4all.org)
Erin M. Trodden, VSB No. 71515
(erin@justice4all.org)
Ivy A. Finkenstadt, VSB No. 84743
(ivy@justice4all.org)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
(434) 977-0553

and

Theodore A. Howard (admitted *pro hac vice*)
(thoward@wileyrein.com)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000

and

Deborah M. Golden (admitted *pro hac vice*)
(Deborah_Golden@washlaw.org)
Elliot Mincberg
D.C. PRISONERS' PROJECT OF
THE WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

By:  /s/ *Brenda E. Castañeda*
          Brenda E. Castañeda

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September, 2015, a true and correct copy of the foregoing Plaintiffs' Consent Motion for Preliminary Approval of Settlement was served *via* electronic mail upon the following:

>Richard C. Vorhis, Esq.
>J. Michael Parsons, Esq.
>OFFICE OF THE ATTORNEY GENERAL
>Public Safety & Enforcement Division
>900 East Main Street
>Richmond, VA 23219
>
>Attorneys for the Virginia Department of Corrections Defendants

>*/s/ Brenda E. Castañeda*
>Brenda E. Castañeda