# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, *et al*, ) | |
|     Plaintiffs, ) | Civil Action No. 3:12-cv-00036 |
| ) | |
| ) | **ORDER** |
| v. ) | |
| ) | By: Hon. Norman K. Moon |
| HAROLD W. CLARKE, *et al.*, ) | United States District Judge |
|     Defendants. ) | |

In accordance with the Court's discussion with the parties at the fairness hearing of November 9, 2015, the parties are **ORDERED** to file proposed findings of fact and conclusions of law addressing whether the Court should grant final approval of the proposed settlement. Such proposed findings and conclusions must be filed **on or before December 22, 2015**. The Clerk of the Court is directed to send this Order to all counsel of record.

Entered this 20th day of November, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE