U. S. DISTRICT COURT
Western District of Virginia
255 W. Main Street, Room 304
Charlottesville, VA 22902

*Julia C. Dudley*  *Voice: 434-296-9284*
*Clerk of the Court*  *Facsimile: 434-295-8909*

March 16, 2016

**VIA CM/ECF**

RE:  3:12CV00036  Scott, et al v. Clarke, et al

Dear Counsel:

Please note that the deadline to appeal in the above-styled case has expired.

The court has in its possession exhibits that were introduced in the above case at the hearing/trial held on November 9, 2015.  For a listing of the exhibits, please see the docket entry in PACER relating to the proceeding.

Pursuant to the court's local rules, which are available on the court's website at http://www.vawd.uscourts.gov/media/519/local_rules.pdf, exhibits that are not removed from the custody of the Clerk within the required time, after giving notice to counsel, can be destroyed.  Therefore, the exhibits introduced at said hearings will be destroyed within thirty (30) days of this notice unless counsel makes arrangements with this office for pickup of said exhibits.

Any questions should be directed to the undersigned.

Very truly yours,

JULIA C. DUDLEY, CLERK


By:  Heidi N. Wheeler
     Deputy Clerk