IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 3:12-cv-00036-NKM |
| v. ) | Sr. Judge Norman K. Moon |
| ) | |
| HAROLD W. CLARKE, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

**PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE
WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT**

Plaintiffs Cynthia B. Scott, *et al.*, by their attorneys, hereby respectfully move this Court for the entry of an Order requiring Defendants Harold W. Clarke, *et al.*, to show cause as to why the Defendants should not be held in civil contempt for their continuing and pervasive failure to meet the obligations they assumed *vis-a-vis* the provision of medical care at the Fluvanna Correctional Center for Women that meets or exceeds applicable standards under the Eighth Amendment to the Constitution of the United States, as embodied in the parties' Settlement Agreement dated September 15, 2015, and approved by this Court by Consent Judgment entered February 5, 2016.

As demonstrated more fully in the Plaintiffs' Memorandum of Law filed in support hereof, in the sixteen-month time period during which the standards imposed by the Settlement Agreement have been in effect, the Defendants have repeatedly fallen short of the obligations this Court ordered them to undertake to significantly improve both the quantity and the quality of the medical care to which the class members residing at FCCW are constitutionally entitled. As a result, pursuant to the enforcement mechanism embodied in Section V.2. of the Settlement

Agreement, the Plaintiffs merit relief from this Court in the form of sanctions against the Defendants for civil contempt for violation of the Consent Judgment.

For these reasons, the instant Motion should be granted.

As the Defendants are expected to dispute the existence of any noncompliance, as well as its character and magnitude, the Plaintiffs request an evidentiary hearing on these matters.

DATED: September 6, 2017

Respectfully submitted,

Mary C. Bauer, VSB No. 31388
(mary@justice4all.org)
Brenda E. Castañeda, VSB No. 72809
(brenda@justice4all.org)
Angela Ciolfi, VSB No. 65337
(angela@justice4all.org)
Abigail Turner, VSB No. 74437
(abigail@justice4all.org)
Adeola Ogunkeyede (*pro hac vice* admission pending)
(adeola@justice4all.org)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
(434) 977-0553

and

Theodore A. Howard (admitted *pro hac vice*)
(thoward@wileyrein.com)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000

and

Philip Fornaci (*pro hac vice* admission pending)
(phil_fornaci@washlaw.org)
Elliot Mincberg
D.C. PRISONERS' PROJECT OF

2

THE WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

By: */s/Brenda E. Castañeda*
Attorneys for Plaintiffs

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2017, a true and correct copy of Plaintiffs' Motion For Order to Show Cause Why Defendants Should Not be Held in Contempt was served electronically upon the following:

>Diane Abato, Esq.
>Senior Assistant Attorney General/Chief
>Office of the Attorney General
>202 North 9th Street
>Richmond, Virginia 23219
>dabato@oag.state.va.us
>Attorney for the Virginia Department of Corrections
>Defendants

*/s/Brenda E. Castañeda*
Brenda E. Castañeda