# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| CYNTHIA B. SCOTT, et al., <br> Plaintiffs, | ) <br> ) <br> ) <br> ) |
| v. | )     Civil Action No. 3:12-cv-00036-NKM <br> ) <br> ) |
| HAROLD W. CLARKE, et al., <br> Defendants. | ) <br> ) |

## DEFENDENTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT

COMES NOW Defendants, by counsel, and move this Honorable Court to dismiss Plaintiffs' Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt for the reasons set forth in the accompanying Memorandum in Support of Motion to Dismiss.

WHEREFORE, Defendants, respectfully request this Court to grant their motion and dismiss with prejudice Plaintiffs' Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt.

                                           Respectfully submitted,

                                           HAROLD W. CLARKE, A. DAVID ROBINSON, FREDERICK SCHILLING, and PHYLLIS A. BASKERVILLE

                                           By: s/ Diane M. Abato
                                           Diane M. Abato, SAAG/Chief, VSB #31892
                                           Office of the Attorney General
                                           Criminal Justice & Public Safety Division
                                           202 North 9th Street
                                           Richmond, Virginia 23219
                                           Phone: (804) 786-8191
                                           Fax: (804) 786-4239
                                           E-mail: dabato@oag.state.va.us

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2017, I electronically filed the foregoing Response in Opposition to Plaintiffs' Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Mary C. Bauer, Esquire
> mary@justice4all.org
>
> Brenda E. Castaneda, Esquire
> brenda@justice4all.org
> Angela Ciolfi, Esquire
> angela@justice4all.org
> Abigail Turner, Esquire
> abigail@justice4all.org
> Adeola Ogunkeyede, Esquire
> adeola@justice4all.org
> Ivy Ann Finkenstadt
> ivy@justice4all.org
> Kimberly Anne Rolla
> kim@justice4all.org
>
> LEGAL AID JUSTICE CENTER
> 1000 Preston Avenue, Suite A
> Charlottesville, VA 22903
>
> and
>
> Theodore A. Howard, Esquire
> WILEY REIN LLP
> 1776 K Street, N.W.
> Washington, D.C. 20006
> thoward@wileyrein.com
>
> and

Philip Fornaci, Esquire
Phil_fornaci@washlaw.org
D.C. PRISONERS PROJECT OF
THE WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
(*Attorneys for Plaintiffs*)

And I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants: N/A.

By: s/ Diane M. Abato
Diane M. Abato, SAAG/Chief, VSB #31892
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-8191
Fax: (804) 786-4239
E-mail: dabato@oag.state.va.us