IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:12-cv-36 |
| HAROLD W. CLARKE, et al., | ) |
| Defendants. | ) |

**MOTION FOR SUMMARY JUDGMENT**

COME NOW, defendants Harold W. Clarke, A. David Robinson, Frederick Schilling, and Phyllis A. Baskerville (collectively "Defendants"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby move this Court for entry of an Order granting Defendants summary judgment as to plaintiffs' Motion to Show Cause, ECF No. 265, for the reasons set forth in the accompanying memorandum of law.

Respectfully Submitted,

HAROLD W. CLARKE, A. DAVID ROBINSON, FREDERICK SCHILLING, and PHYLLIS A. BASKERVILLE

/s/
Katherine C. Londos (VSB #: 36848)
John C. Johnson (VSB #: 33133)
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:    540/772-9167
Email: klondos@faplawfirm.com
           jjohnson@faplawfirm.com
           nschnetzler@faplawfirm.com



- 1 -

629.0303\NHS
4846-1364-0295 .v1

Edward J. McNelis, III
Elizabeth M. Muldowney
Ruth T. Griggs
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, VA 23218-1998
Phone: 804-648-1636
Fax:    804-783-7291
Email: emcnelis@sandsanderson.com
       emuldowney@sandsanderson.com
       rgriggs@sandsanderson.com

Diane M. Abato
SAAG/Chief
Office of the Attorney General
Criminal Justice and Public Safety Division
202 North 9th Street
Richmond, VA 23219
Phone: 804-786-8191
Fax:    804-786-4239
Email: dabato@oag.state.va.us

*Counsel for Howard W. Clarke, A. David Robinson, Frederick Schilling and Phyllis A. Baskerville*



629.0303\NHS
4846-1364-0295 .v1

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 29, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

                                              /s/ Nathan H. Schnetzler
                                                        Of Counsel



FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia