# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – COURT TRIAL

**Case No.: 3:12CV00036**          **Date: 6/14/2018   DAY FOUR**

---

| | |
|---|---|
| **Cynthia B. Scott, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Harold W. Clarke, et al**<br>Defendant(s) | Counsel:  Angela Ciolfi, Theodore Howard, Shannon Ellis, Kimberly Rolla, Brenda Castaneda, Adeola Ogunkeyede, Mary Bauer, Abigail Turner<br><br>Counsel:  Katherine Londos, Ruth Griggs, Edward McNelis, III, Elizabeth Muldowney, Diane Abato, Nathan Schnetzler, |

---

PRESENT:       JUDGE:            Norman K. Moon          TIME IN COURT: 9:05-10:20=1hr 15min;
10:30-11:50=1hr 20min; 12:00-1:00= 1hr; 2:00-3:20=1hr 20min; 3:30-5:00=1hr 30 min  Total: 6hrs 25 min
                 Deputy Clerk:          Heidi N. Wheeler
                 Court Reporter:        T racy Aurelio

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1.  Eric Jonathan Aldridge |
| 2. | 2.  Marsha Stanford |
| | 3.  Ellen Katzman |
| | 4.  Dr. Thomas James Gable |

PROCEEDINGS:

- [ ] Preliminary Remarks by Court.
- [ ] Plaintiff's/Defendant's/Joint Motion to Exclude Witnesses from Courtroom granted.
- [ ] Opening Statements.
- [ ] Plaintiff presents evidence.          [ ] Plaintiff rests.
- [ ] Defendant Motion for Judgment as a Matter of Law/Directed Verdict.
  Court [ ] grants [ ] denies [ ] takes under advisement.
- [x] Defendant presents evidence.          [ ] Defendant rests.
- [ ] Defendant Motion for Judgment as a Matter of Law/Directed Verdict.
  Court [ ] grants [ ] denies [ ] takes under advisement.
- [ ] Rebuttal evidence.          [ ] Surrebuttal evidence.
- [ ] Closing Arguments.
- [ ] Verdict:
- [ ] Taken under advisement.
- [ ] Mistrial declared.
- [ ] Motion after verdict:
- [ ] Deadlines set:

Additional Information:
Bench trial -day four commences  9:05 a.m.

Exhibits- issues addressed.

Defense evidence continues with testimony of Warden Aldridge.

Morning break.

Testimony of Ellen Katzman.

After lunch evidenece continues with testimony of  Dr. Gable.

Court adjourned until 9:00 a.m. on June 15, 2018.