# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

## CIVIL MINUTES – COURT TRIAL

| | |
|---|---|
| **Case No.:** 3:12CV00036 | **Date:** 6/15/2018  DAY FIVE |

| | |
|---|---|
| **Cynthia B. Scott, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Harold W. Clarke, et al**<br>Defendant(s) | Counsel: Angela Ciolfi, Theodore Howard, Shannon Ellis, Kimberly Rolla, Brenda Castaneda, Adeola Ogunkeyede, Mary Bauer, Abigail Turner<br><br>Counsel: Katherine Londos, Ruth Griggs, Edward McNelis, III, Elizabeth Muldowney, Diane Abato, Nathan Schnetzler, |

PRESENT:  JUDGE:  Norman K. Moon  TIME IN COURT: 9:00-10:15= 1hr 15min; 10:20-11:50=1hr 30 min; 12:00-12:20= 20 min ; 1:20-2:45= 1hr 15 min; 3:00-4:10=1hr 10 min Total= 5hrs 30 min
Deputy Clerk:  Heidi N. Wheeler
Court Reporter:  Tracy Aurelio

## LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Jackie Clark ( Rebuttal )<br>2. Melissa Faye Atkins ( Rebuttal ) | 1. Willie James Hatcher<br>2. Barbara Jean Seabert<br>3. David Scott Dodrill (Expert)<br>4. Dr. Alfred Alexander Joshua (Expert)<br>5. N. H. Cookie Scott |

PROCEEDINGS:

- ☐ Preliminary Remarks by Court.
- ☐ Plaintiff's/Defendant's/Joint Motion to Exclude Witnesses from Courtroom granted.
- ☐ Opening Statements.
- ☐ Plaintiff presents evidence.    ☐ Plaintiff rests.
- ☐ Defendant Motion for Judgment as a Matter of Law/Directed Verdict.
   Court ☐ grants ☐ denies ☐ takes under advisement.
- ☒ Defendant presents evidence.    ☒ Defendant rests.
- ☐ Defendant Motion for Judgment as a Matter of Law/Directed Verdict.
   Court ☐ grants ☐ denies ☐ takes under advisement.
- ☒ Rebuttal evidence.    ☐ Surrebuttal evidence.
- ☐ Closing Arguments.
- ☐ Verdict:
- ☐ Taken under advisement.
- ☐ Mistrial declared.
- ☐ Motion after verdict:
- ☐ Deadlines set:

Additional Information:
Bench trial -day five commences  9:00 a.m.

Defense evidence continues with testimony of Mr. Hatcher.

Morning break.

Testimony of David Dodrill

After break, testimony of Deputy Director Scott begins.

Break until 1:20 ( medical emergency addressed )

After lunch Scott testimony continues.

Break

Defense objects to rebuttal witness. Arguments heard.

Rebuttal witnesses addressed.

Final exhibits addressed.

Greifinger proffer argued. Herrick Motion stands awaiting ruling.

Conference call to be scheduled regarding findings of fact and conclusions of law.

Court adjourned 4:10