# LIST OF WITNESSES

Cynthia B. Scott, et al v. Harold W. Clarke, et al

3:12CV00036

Attorney:                                                    Attorney:

**PLAINTIFF/GOVERNMENT:**                                    **DEFENDANT:**

1. Dr. Robert Greifinger ( Expert )            1. Dr. Nicholas Scharff (6/13/18)
2. Andrea Nichols                              2. Dr. Stephen Herrick
3. Distarti Whitehead                          3. Eric Jonathan Aldridge (6/14/18)
4. Toni Hartlove                               4. Marsha Stanford
5. Jackie Clark ( Expert ) ( 6/12/18 )         5. Ellen Katzman
6. Rachel McCracken                            6. Dr. Thomas James Gable
7. Jackie Clark –Rebuttal (6/15/18)            7. Willie James Hatcher (6/15/18)
8. Melissa Faye Atkins ( Rebuttal )            8. Barbara Jean Seabert
9.                                             9. David Scott Dodrill (Expert)
10.                                            10. Dr. Alfred Alexander Joshua (Expert)
11.                                            11. N.H. Cookie Scott
12.                                            12.
13.                                            13.
14.                                            14.
15.                                            15.
16.                                            16.