**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

CYNTHIA B. SCOTT, *et al.*,    )
                                 )
           *Plaintiffs,*   )
                                 )     Case No. 3:12-cv-00036-NKM
    v.                        )     Sr. Judge Norman K. Moon
                                 )
HAROLD W. CLARKE, *et al.*,   )
                                 )
          *Defendants.*  )

## PROPOSED ORDER TO SEAL

This matter came before the Court on the motion of Plaintiffs, by counsel, to file under seal Exhibits 2, 5, and 6 to Plaintiffs' Motion for Emergency Enforcement Pursuant to Settlement Agreement. Consistent with Local Rule 9 and Federal Rule of Civil Procedure 5.2, the Court hereby GRANTS the motion and ORDERS that the above-mentioned documents be sealed. These documents will remain sealed until further order of this court.

It is so ORDERED.

ENTERED this _____ day of May 2019.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE

WE ASK FOR THIS:

Respectfully submitted,

Brenda E. Castañeda, VSB No. 72809
(brenda@justice4all.org)
Angela Ciolfi, VSB No. 65337
(angela@justice4all.org)

Abigail Turner, VSB No. 74437
([abigail@justice4all.org](mailto:abigail@justice4all.org))
Adeola Ogunkeyede (*pro hac vice*
admission pending)
([adeola@justice4all.org](mailto:adeola@justice4all.org))
Shannon Ellis, VSB No. 89145
([shannon@justice4all.org](mailto:shannon@justice4all.org))
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA  22903
(434) 977-0553

and

Theodore A. Howard (admitted *pro hac vice*)
([thoward@wileyrein.com](mailto:thoward@wileyrein.com))
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C.  20006
(202) 719-7000

and

Philip Fornaci (*pro hac vice* admission pending)
([phil_fornaci@washlaw.org](mailto:phil_fornaci@washlaw.org))
D.C. PRISONERS' PROJECT OF
THE WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
11 Dupont Circle, N.W.
Suite 400
Washington, D.C.  20036
(202) 319-1000

By:     */s/Shannon M. Ellis*
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_/s/Shannon M. Ellis_
Counsel for Plaintiffs