IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 3:12-cv-00036-NKM |
| v. ) | Sr. Judge Norman K. Moon |
| ) | |
| HAROLD W. CLARKE, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## JOINT MOTION TO SEAL MEDICAL RECORDS
## PURSUANT TO SETTLEMENT AGREEMENT

Pursuant to Local Civil Rule 9, the Parties, through their undersigned counsel, jointly move this Court to seal medical records admitted at the hearing on May 22, 2019 for Plaintiffs' Motion for Emergency Enforcement Pursuant to Settlement Agreement. Records that should be sealed include: Plaintiffs' Exhibits 1, 2, 3, and 6 and Defendants' Exhibits 1 and 2. All of these exhibits contain unredacted medical records of Margie Ryder and must be sealed to protect Ms. Ryder's confidentiality and privacy interests.

"The public's right of access to judicial records and documents may be abrogated only in unusual circumstances." *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). With respect to the sealing of documents that would otherwise be placed onto the public record, the Fourth Circuit has held as follows:

> [B]efore a district court may seal any court documents . . . it must (1) provide public parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and rejecting the alternatives.

*Id.*

The sensitive medical information of Ms. Ryder, just one of the Plaintiffs in this class action, should not be accessible to the public at large. The confidentiality of Ms. Ryder's medical records coupled with the Parties' limited request to seal only her medical records, weigh in favor of the Court granting the Motion to Seal the medical records.

For the reasons stated above the Parties' respectfully request that the Court grant their Motion to File Plaintiffs' Exhibits 1, 2, 3, and 6 and Defendants' Exhibits 1 and 2 Under Seal and grant them any further relief as the Court deems just and proper.

**DATED:　　MAY 24, 2019**

By: ____*/s/Brenda E. Castañeda*_____　　　By: ____*/s/Nathan H. Schnetzler*_____
Attorneys for Plaintiffs　　　　　　　　　　　　Attorneys for Defendants

Respectfully submitted,　　　　　　　　　　　Respectfully Submitted,

Brenda E. Castañeda, VSB No. 72809　　　　　Katherine C. Londos (VSB #: 36848)
(brenda@justice4all.org)　　　　　　　　　　　John C. Johnson (VSB #: 33133)
Angela Ciolfi, VSB No. 65337　　　　　　　　 Nathan H. Schnetzler (VSB #: 86437)
(angela@justice4all.org)　　　　　　　　　　　FRITH ANDERSON + PEAKE, P.C.
Shannon Ellis, VSB No. 89145　　　　　　　　 29 Franklin Road, SW
(shannon@justice4all.org)　　　　　　　　　　 P.O. Box 1240
Abigail Turner, VSB No. 74437　　　　　　　　Roanoke, Virginia 24006-1240
(abigail@justice4all.org)　　　　　　　　　　　Phone: 540/772-4600
Adeola Ogunkeyede (admitted *pro hac vice*)　　Fax: 540/772-9167
(adeola@justice4all.org)　　　　　　　　　　　Email: klondos@faplawfirm.com
LEGAL AID JUSTICE CENTER　　　　　　　　 jjohnson@faplawfirm.com
1000 Preston Avenue, Suite A　　　　　　　　 nschnetzler@faplawfirm.com
Charlottesville, VA 22903
(434) 977-0553

2

Philip Fornaci (admitted *pro hac vice*)
(phil_fornaci@washlaw.org)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

Theodore A. Howard (admitted *pro hac vice*)
(thoward@wileyrein.com)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000

*Counsel for Plaintiffs and All Others Similarly Situated*

Edward J. McNelis, III
Elizabeth M. Muldowney
Ruth T. Griggs
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, VA 23218-1998
Phone: 804-648-1636
Fax: 804-783-7291
Email: emcnelis@sandsanderson.com
emuldowney@sandsanderson.com
rgriggs@sandsanderson.com

Diane M. Abato
SAAG/Chief
Office of the Attorney General
Criminal Justice and Public Safety Division
202 North 9th Street
Richmond, VA 23219
Phone: 804-786-8191
Fax: 804-786-4239
Email: dabato@oag.state.va.us

*Counsel for Howard W. Clarke, A. David Robinson, Stephen Herrick, Eric Aldridge, and Paul Targonski, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

*/s/Brenda E. Castañeda*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 3:12-cv-00036-NKM |
| v. ) | Sr. Judge Norman K. Moon |
| ) | |
| HAROLD W. CLARKE, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## PROPOSED ORDER TO SEAL

This matter came before the Court on a Joint Motion of the Parties, by counsel, to file under seal Plaintiffs' Exhibits 1, 2, 3, and 6 and Defendants' Exhibits 1 and 2 from the May 22, 2019 hearing on Plaintiffs' Motion for Emergency Enforcement Pursuant to Settlement Agreement. Consistent with Local Rule 9 and Federal Rule of Civil Procedure 5.2, the Court hereby GRANTS the motion and ORDERS that the above-mentioned documents be sealed. These documents will remain sealed until further order of this court.

It is so ORDERED.

ENTERED this \_\_\_\_\_ day of May 2019.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE

WE ASK FOR THIS:

By: ____/s/Brenda Castañeda_____
Attorneys for Plaintiffs

Brenda E. Castañeda, VSB No. 72809
(brenda@justice4all.org)
Angela Ciolfi, VSB No. 65337
(angela@justice4all.org)
Shannon Ellis, VSB No. 89145
(shannon@justice4all.org)
Abigail Turner, VSB No. 74437
(abigail@justice4all.org)
Adeola Ogunkeyede (admitted *pro hac vice*)
(adeola@justice4all.org)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
(434) 977-0553

Philip Fornaci (admitted *pro hac vice*)
(phil_fornaci@washlaw.org)
WASHINGTON LAWYERS' COMMITTEE FOR
CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
(202) 319-1000

Theodore A. Howard (admitted *pro hac vice*)
(thoward@wileyrein.com)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000

*Counsel for Plaintiffs and All Others Similarly Situated*

By: _____/s/Nathan H. Schnetzler_____
Attorneys for Defendants

Katherine C. Londos (VSB #: 36848)
John C. Johnson (VSB #: 33133)
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax: 540/772-9167
Email: klondos@faplawfirm.com
jjohnson@faplawfirm.com
nschnetzler@faplawfirm.com

Edward J. McNelis, III
Elizabeth M. Muldowney
Ruth T. Griggs
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, VA 23218-1998
Phone: 804-648-1636
Fax: 804-783-7291
Email: emcnelis@sandsanderson.com
emuldowney@sandsanderson.com
rgriggs@sandsanderson.com

Diane M. Abato
SAAG/Chief
Office of the Attorney General
Criminal Justice and Public Safety Division
202 North 9th Street
Richmond, VA 23219
Phone: 804-786-8191
Fax: 804-786-4239
Email: dabato@oag.state.va.us

*Counsel for Howard W. Clarke, A. David Robinson, Stephen Herrick, Eric Aldridge, and Paul Targonski, M.D.*

2