IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| CYNTHIA B. SCOTT, *et al.*, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) ) | Case No. 3:12-cv-00036 (Sr. Judge Norman K. Moon) |
| HAROLD W. CLARKE, *et al.*, | ) ) ) | |
| *Defendants.* | ) ) ) | |

## PLAINTIFFS' MOTION TO FILE A BRIEF EXCEEDING 25 PAGES

Plaintiffs Cynthia B. Scott, et al., by their undersigned attorneys, hereby move for the entry of an Order allowing them to file a brief to accompany their Petition for Award of Enforcement Phase Attorneys' Fees and Costs exceeding 25 pages. Per the Court's Pretrial Order (ECF Dkt. 17, ¶8), a brief may not exceed 25 pages in length exclusive of accompanying exhibits without obtaining leave of court for good cause shown.

Due to the complex and extensive nature of all of the considerations that must be addressed to support a Petition of this nature, the Memorandum prepared by the Plaintiffs in support of the Petition is 42 pages in length, exclusive of exhibits. Plaintiffs respectfully submit that good cause exists to grant the relief requested. Accordingly, for the reasons set forth herein and for good cause shown, the instant Motion to File a Brief Exceeding 25 Pages should be granted.

1

Respectfully submitted,

Angela Ciolfi, VSB No. 65337
(angela@justice4all.org)
Brenda E. Castañeda, VSB No. 72809
(brenda@justice4all.org)
Abigail Turner, VSB No. 74437
(abigail@justice4all.org)
Shannon M. Ellis, VSB No. 89145
(shannon@justice4all.org)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
(434) 977-0553

and

Theodore A. Howard (admitted *pro hac vice*)
(thoward@wileyrein.com)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000

By: /s/ Shannon M Ellis
Shannon Ellis

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of June 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_____
Shannon Ellis