# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **CYNTHIA B. SCOTT, et al.,** | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:12-cv-36 |
| **HAROLD W. CLARKE, et al.,** | ) |
| Defendants. | ) |

## CONSENT MOTION FOR EXTENSION

Defendants Harold W. Clarke, A. David Robinson, Stephen Herrick, Eric Aldridge, and Dr. Paul Targonski (collectively "Defendants"), by counsel, submit this consent motion requesting an extension of time within which Defendants must respond to Plaintiffs' Motion for Attorney Fees, ECF No. 582. Plaintiffs, by counsel, consent to this motion.

In support of their motion, Defendants state as follows:

1. On June 12, 2019, Plaintiffs filed their Motion for Attorney Fees. ECF No. 582.

2. Pursuant to Western District of Virginia Civil Rule 54(a)(1), Defendants' response to Plaintiffs' motion is due July 3, 2019.

3. The parties request that the deadline for Defendants to respond to Plaintiffs' Motion for Attorney Fees be extended to July 19, 2019 in order to accommodate the schedules of defense counsel and for the parties to explore the potential for a resolution of all claims in dispute between them.

4. Defendants aver that this motion is made in good faith, is not filed for the purpose of delay, and is in the best interests of justice and judicial economy.


FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

5. As such, Defendants respectfully request entry of an Order granting their Consent Motion for Extension, extending the time by which Defendants shall file any opposition to Plaintiffs' Motion for Attorney Fees through and including July 19, 2019, and granting such further relief as the Court deems just and proper.

6. A proposed Order is enclosed.

Respectfully Submitted,

HAROLD W. CLARKE, A. DAVID ROBINSON, STEPHEN HERRICK, ERIC ALDRIDGE, AND PAUL TARGONSKI, M.D.

/s/
Katherine C. Londos (VSB #: 36848)
John C. Johnson (VSB #: 33133)
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:     540/772-9167
Email: klondos@faplawfirm.com
          jjohnson@faplawfirm.com
          nschnetzler@faplawfirm.com

Edward J. McNelis, III
Elizabeth M. Muldowney
Ruth T. Griggs
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, VA 23218-1998
Phone: 804-648-1636
Fax:     804-783-7291
Email: emcnelis@sandsanderson.com
          emuldowney@sandsanderson.com
          rgriggs@sandsanderson.com



Diane M. Abato  
SAAG/Chief  
Office of the Attorney General  
Criminal Justice and Public Safety Division  
202 North 9th Street  
Richmond, VA 23219  
Phone: 804-786-8191  
Fax:     804-786-4239  
Email: dabato@oag.state.va.us  

*Counsel for Howard W. Clarke, A. David Robinson, Stephen Herrick, Eric Aldridge, and Paul Targonski, M.D.*



## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

/s/ _____
                Of Counsel



FRITH
ANDERSON
+PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia