CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

07/02/2019

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:12-cv-36 |
| HAROLD W. CLARKE, et al., | ) |
| Defendants. | ) |

### ORDER

Before the court is a Consent Motion for Extension filed by Defendants requesting additional time for the Defendants to file their response to Plaintiffs' Motion for Attorney Fees. Plaintiffs do not object to an extension. For the reasons set forth in Defendants' motion and for good cause shown, it is hereby **ORDERED** that Defendants' motion is **GRANTED**.

Accordingly, it is **ORDERED** that Defendants shall have through and including July 19, 2019 in which to submit any response to Plaintiffs' Motion for Attorney Fees.

It is **SO ORDERED**.

Entered: July 2, 2019

Hon. Joel C. Hoppe
United States Magistrate Judge