IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| CYNTHIA B. SCOTT, *et al.*, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) ) | Case No. 3:12-cv-00036 (Sr. Judge Norman K. Moon) |
| HAROLD W. CLARKE, *et al.*, | ) ) | |
| *Defendants.* | ) ) ) | |

## NOTICE OF CROSS-APPEAL

Plaintiffs, by counsel, note their cross-appeal to the United States Court of Appeals for the Fourth Circuit from (1) the Findings of Fact and Conclusions of Law and Injunction Order entered in this action on January 2, 2019 (ECF Nos. 544 and 545), and (2) the Order entered in this action on May 22, 2019 (ECF No. 574), amending the Court's January 2, 2019 Injunction Order.

                                          Respectfully submitted,
                                          **PLAINTIFFS,**
                                          *individually and on behalf of all others similarly situated*

                                          By: /s/ Shannon Ellis
                                                Shannon Ellis

                                          Angela Ciolfi, VSB No. 65337
                                          Brenda E. Castañeda, VSB No. 72809

1

Abigail Turner, VSB No. 74437
Shannon M. Ellis, VSB No. 89145
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
(434) 977-0553

Theodore A. Howard (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of July 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                                          Shannon Ellis