IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CYNTHIA B. SCOTT, *et al.*,   )
                              )
      *Plaintiffs*, )
                              )  Case No. 3:12-cv-00036-NKM/RSB
v.                            )  Sr. Judge Norman K. Moon
                              )
HAROLD W. CLARKE, *et al.*,   )
                              )
      *Defendants.* )
                              )

## MOTION TO WITHDRAW AS COUNSEL

COME NOW the Plaintiffs and pursuant to Local Rule 6 (i), move the Court to withdraw certain counsel for record as follows:

1. Theodore Howard, Brenda Castañeda, Angela Ciolfi, Abigail Turner, Adeola Ogunkeyede, and Shannon Ellis are currently co-counsel for Plaintiffs in the above.

2. In addition, the following attorney is listed as counsel of record for the Plaintiffs: Mary Catherine Bauer.

3. Ms. Bauer has left the Legal Aid Justice Center.

4. Remaining counsel for Plaintiffs consent to this motion to withdraw.

5. Mr. Howard, Ms. Turner, Ms. Ciolfi, Ms. Ogunkeyede, Ms. Castañeda, and Ms. Ellis Mr. Fornaci will continue to represent Plaintiffs in the above.

6. Plaintiffs will not be prejudiced by the withdrawal of Ms. Bauer.

7. Good cause exists to allow Ms. Bauer to withdraw as co-counsel for Plaintiffs.

WHEREFORE, the Plaintiffs, pursuant to Local Rule 6 (i), hereby move the Court to consent to the withdrawal of Mary Bauer as co-counsel for Plaintiffs; to remove Bauer from the

applicable records and electronic systems as co-counsel for Plaintiffs; and for such other and further relief to which they may be entitled under the circumstances.

DATED: July 5, 2019

Respectfully submitted,

Brenda E. Castañeda, VSB No. 72809
(brenda@justice4all.org)
Angela Ciolfi, VSB No. 65337
(angela@justice4all.org)
Abigail Turner, VSB No. 74437
(abigail@justice4all.org)
Adeola Ogunkeyede (*pro hac vice*)
(adeola@justice4all.org)
Shannon Ellis, VSB No. 89145
(shannon@justice4all.org)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
(434) 977-0553

and

Theodore A. Howard (admitted *pro hac vice*)
(thoward@wileyrein.com)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000


By: */s/Brenda E. Castañeda*
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of July, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                                  */s/Brenda E. Castañeda*
                                                  Brenda E. Castañeda

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CYNTHIA B. SCOTT, *et al.*,        )
                                   )
    *Plaintiffs*,             )
                                   )  Case No. 3:12-cv-00036-NKM/RSB
v.                                 )  Sr. Judge Norman K. Moon
                                   )
HAROLD W. CLARKE, *et al.*,        )
                                   )
    *Defendants*.             )
_____)

# ORDER

On July 5, 2019, the Plaintiffs filed a Motion to Withdraw Mary Catherine Bauer as counsel of Plaintiffs.

UPON CONSIDERATION OF the Motion to Withdraw as Counsel filed in the above, and for good cause shown, the Court consents to the withdrawal of Ms. Bauer, and the Motion to Withdraw as Counsel is GRANTED, and Ms. Bauer is hereby withdrawn from the above case as co-counsel of record for Plaintiffs.

The Clerk is directed to remove Ms. Bauer from the appropriate records as co-counsel in the above.

It is so ORDERED this ___ day of July, 2019.

                                              _____
                                              United States District Judge