CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
07/08/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| CYNTHIA B. SCOTT, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | Case No. 3:12-cv-00036-NKM/RSB |
| v. | ) | Sr. Judge Norman K. Moon |
| | ) | |
| HAROLD W. CLARKE, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

## <u>ORDER</u>

On July 5, 2019, the Plaintiffs filed a Motion to Withdraw Mary Catherine Bauer as counsel of Plaintiffs.

UPON CONSIDERATION OF the Motion to Withdraw as Counsel filed in the above, and for good cause shown, the Court consents to the withdrawal of Ms. Bauer, and the Motion to Withdraw as Counsel is GRANTED, and Ms. Bauer is hereby withdrawn from the above case as co-counsel of record for Plaintiffs.

The Clerk is directed to remove Ms. Bauer from the appropriate records as co-counsel in the above.

It is so ORDERED this 8th day of July, 2019.

_____
United States Magistrate Judge