# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **CYNTHIA B. SCOTT, et al.,** | ) |
| **Plaintiffs,** | ) |
| v. | ) Case No. 3:12-cv-36 |
| **HAROLD W. CLARKE, et al.,** | ) |
| **Defendants.** | ) |

## SUGGESTION OF DEATH UPON THE RECORD

Defendants Harold W. Clarke, A. David Robinson, Stephen Herrick, Eric Aldridge, and Dr. Paul Targonski (collectively "Defendants"), by counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), suggest upon the record the death of class member and movant Margie Ryder during the pendency of this action and Ms. Ryder's Emergency Motion for Enforcement, ECF No. 562.

Respectfully Submitted,

HAROLD W. CLARKE, A. DAVID ROBINSON, STEPHEN HERRICK, ERIC ALDRIDGE, AND PAUL TARGONSKI, M.D.

/s/
Katherine C. Londos (VSB #: 36848)
John C. Johnson (VSB #: 33133)
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:     540/772-9167
Email: klondos@faplawfirm.com
          jjohnson@faplawfirm.com
          nschnetzler@faplawfirm.com



Edward J. McNelis, III
Elizabeth M. Muldowney
Ruth T. Griggs
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, VA 23218-1998
Phone: 804-648-1636
Fax:    804-783-7291
Email: emcnelis@sandsanderson.com
       emuldowney@sandsanderson.com
       rgriggs@sandsanderson.com

Diane M. Abato
SAAG/Chief
Office of the Attorney General
Criminal Justice and Public Safety Division
202 North 9th Street
Richmond, VA 23219
Phone: 804-786-8191
Fax:    804-786-4239
Email: dabato@oag.state.va.us

*Counsel for Howard W. Clarke, A. David Robinson, Stephen Herrick, Eric Aldridge, and Paul Targonski, M.D.*



629.0303\NHS
4817-8676-1884 .v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

/s/
Of Counsel



629.0303\NHS
4817-8676-1884 .v1