IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| CYNTHIA B. SCOTT, *et al.*, | ) ) ) | |
| *Plaintiffs,* | ) ) ) | Case No. 3:12-cv-00036 |
| v. | ) ) | (Sr. Judge Norman K. Moon) |
| HAROLD W. CLARKE, *et al.*, | ) ) ) | |
| *Defendants.* | ) ) ) | |

## STATEMENT OF DEATH

Plaintiffs, by counsel, hereby notify the Court of the death of Ms. Margie Ryder, whose care at FCCW was the basis of Plaintiffs' Motion for Emergency Enforcement (ECF No. 562) which is still pending before the Court. Ms. Ryder's death is the third death at FCCW since entry of the Court's May 22, 2019 Memorandum Opinion and Amended Injunction (ECF Nos. 573, 574). Her death is especially devastating given her UVA physician's testimony at the May 22, 2019 hearing in this matter that, although patients with Ms. Ryder's condition generally only survive three to five years without treatment, modern treatment therapies have been introduced such that, with proper care, "that number has been extended out almost indefinitely." May 22, 2019 Hearing Transcript 43:28-44.

Plaintiffs have received concerning information regarding Ms. Ryder's care at FCCW prior to her final hospitalization and are investigating and evaluating the situation. However, at

1

the very least, Plaintiffs submit that in light of the recent series of fatalities—all of whom were women under the age of 40—the systemic relief requested on Ms. Ryder's behalf (including provisions for improved communication with FCCW's Medical Director and medical personnel) remains urgently necessary.

Respectfully submitted,

**PLAINTIFFS,**
*individually and on behalf of all others similarly situated*

By: /s/ Shannon Ellis
   Shannon Ellis

Angela Ciolfi, VSB No. 65337
Brenda E. Castañeda, VSB No. 72809
Abigail Turner, VSB No. 74437
Shannon M. Ellis, VSB No. 89145
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
(434) 977-0553

Theodore A. Howard (admitted *pro hac vice*)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of July 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_____
Shannon Ellis