IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HAROLD W. CLARKE, *et. al.*,<br><br>Defendants. | Case No. 3:12-cv-00036-NKM<br><br>Sr. Judge Norman K. Moon |

### PLAINTIFFS' CONSENT MOTION FOR ADMISSION
### *PRO HAC VICE* OF ATTORNEY MIRELA MISSOVA

Pursuant to Local Rule 6(d) of the Western District of Virginia, counsel for Plaintiffs hereby respectfully requests *pro hac vice* admission for MIRELA MISSOVA in the above-captioned matter. The grounds for this motion are as follows:

1. Ms. Missova is a resident of Washington, D.C. She is not licensed to practice law in Virginia. She does not maintain a residence or office in the Western District of Virginia.

2. Ms. Missova is licensed to practice in the District of Columbia and New York and is an active member in good standing of both the D.C. and New York Bars. She is also a member in good standing of the Bar of the United States District Court for the District of Columbia. A certificate attesting to Ms. Missova's good standing in D.C. is appended to this motion.

3. Ms. Missova is associated with counsel Shannon Ellis, an attorney with the Legal Aid Justice Center. Ms. Ellis is a member in good standing of the Virginia Bar and the Bar of this Court.

1

4. Ms. Missova agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this Court in connection with her *pro hac vice* representation in this case.

5. Defendants consent to this motion, and all parties agree to submission of the motion without a hearing.

For the reasons stated above, Plaintiffs respectfully request that this Court grant this motion to permit Ms. Missova to appear *pro hac vice* on behalf of Plaintiffs in this case.

Dated: August 13, 2019      Respectfully submitted,

By: /s/_____

Brenda E. Castañeda, VSB No. 72809
(brenda@justice4all.org)
Angela Ciolfi, VSB No. 65337
(angela@justice4all.org)
Abigail Turner, VSB No. 74437
(abigail@justice4all.org)
Adeola Ogunkeyede (admitted *pro hac vice*)
(adeola@justice4all.org)
Shannon Ellis, VSB # 89145
(shannon@justice4all.org)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
(434) 977-0553

Theodore A. Howard (admitted *pro hac vice*)
(thoward@wileyrein.com)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000

*Counsel for Plaintiffs*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of August 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following counsel of record:

By: /s/_____

Brenda E. Castañeda, VSB No. 72809
(brenda@justice4all.org)
Angela Ciolfi, VSB No. 65337
(angela@justice4all.org)
Abigail Turner, VSB No. 74437
(abigail@justice4all.org)
Adeola Ogunkeyede (admitted *pro hac vice*)
(adeola@justice4all.org)
Shannon Ellis, VSB # 89145
(shannon@justice4all.org)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
(434) 977-0553

Theodore A. Howard (admitted *pro hac vice*)
(thoward@wileyrein.com)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000

*Counsel for Plaintiffs*

3

Case 3:12-cv-00036-NKM-JCH   Document 605   Filed 08/13/19   Page 3 of 3   Pageid#: 16565