CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

09/17/2019

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HAROLD W. CLARKE, *et al.*, <br><br> *Defendants*. | CASE NO. 3:12-cv-00036 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on its own motion, on Plaintiffs' Motion for Emergency Enforcement Pursuant to Settlement Agreement (Dkt. 562), and on Plaintiffs' filing notifying the Court of the death of Ms. Margie Ryder (Dkt. 598).

Counsel for the parties are **DIRECTED** to contact the Clerk of the Court to schedule and participate in a status conference, to address any current actions requested from the Court, and any then-pending motions before the Court (except Plaintiffs' Petition for Award of Attorneys' Fees and Costs, which has been referred to Judge Hoppe (Dkt. 582)). Such status conference shall be scheduled in **September** or **October 2019**.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

Entered this 17th day of September, 2019

*Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE