FILED: October 3, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1687
(3:12-cv-00036-NKM-JCH)

_____

CYNTHIA B. SCOTT, a prisoner residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated; TONI HARTLOVE, a prisoner residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated; MELISSA ATKINS, a prisoner residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated

   Plaintiffs - Appellees

 and

BOBINETTE D. FEARCE; PATRICIA B. KNIGHT; MARGUERITE RICHARDS; REBECCA L. SCOTT; BELINDA GRAY; KAREN POWELL; LUCETIA ROBINSON, prisoners residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated

   Plaintiffs

v.

HAROLD W. CLARKE, Director, Virginia Department of Corrections; A. DAVID ROBINSON, Chief of Corrections Operations, Virginia Department of Corrections; STEPHEN HERRICK; ERIC ALDRIDGE; PAUL TARGONSKI, in his official capacity as Medical Director for the Fluvanna Correctional Center for Women

   Defendants – Appellants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

                                                                           For the Court--By Direction

                                                                           <u>/s/ Patricia S. Connor, Clerk</u>