FILED: October 3, 2019

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-1687
(3:12-cv-00036-NKM-JCH)

_____

CYNTHIA B. SCOTT, a prisoner residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated; TONI HARTLOVE, a prisoner residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated; MELISSA ATKINS, a prisoner residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated

        Plaintiffs - Appellees

 and

BOBINETTE D. FEARCE; PATRICIA B. KNIGHT; MARGUERITE RICHARDS; REBECCA L. SCOTT; BELINDA GRAY; KAREN POWELL; LUCETIA ROBINSON, prisoners residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated

        Plaintiffs

v.

HAROLD W. CLARKE, Director, Virginia Department of Corrections; A. DAVID ROBINSON, Chief of Corrections Operations, Virginia Department of Corrections; STEPHEN HERRICK; ERIC ALDRIDGE; PAUL TARGONSKI, in his official capacity as Medical Director for the Fluvanna Correctional Center for Women

        Defendants - Appellants

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*