# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> HAROLD W. CLARKE, *et al.*, <br><br> *Defendants.* | CASE NO. 3:12-cv-00036 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

Pursuant to § IV.1 of the Settlement Agreement, the Court hereby **DIRECTS** the parties to file a submission supporting a joint nominee, or, if the parties are unable to reach agreement, to file submissions supporting competing nominees, for the role of Compliance Monitor by **November 16, 2020**. If the parties file submissions supporting competing nominees, each party may file a response brief raising any arguments against the opposing party's nominee by **November 23, 2020**.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to all counsel of record.

Entered this  15th  day of October, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE