IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| CYNTHIA B. SCOTT, *et al.*, | : | |
| --- | --- | --- |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 3:12-cv-00036-NKM |
| HAROLD W. CLARKE, *et al.*, | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF FILING COMPLIANCE MONITOR CQI REPORTS (SUPPLEMENT)**

Plaintiffs Cynthia B. Scott, *et al.*, submit the following documents in furtherance of the Court's March 16, 2020 Order, as detailed in Plaintiffs' previous Notice of Filings (ECF No. 750, No. 752, No. 771).

Plaintiffs submit the following reports from the Compliance Monitor:

| EXHIBIT | REPORT |
| --- | --- |
| 1 | Special Accommodations Audit Report |
| 2 | Chronic Care Audit Report |
| 3 | Sick Call and Access Audit Report |
| 4 | Medication Management Audit Report |

1

Dated: January 4, 2021

Respectfully submitted,

**PLAINTIFFS,**
*individually and on behalf of all others similarly situated*

By: /s/ _____
                Of Counsel

Brenda E. Castañeda, VSB No. 72809
(brenda@justice4all.org)
Angela Ciolfi, VSB No. 65337
(angela@justice4all.org)
Shannon Ellis, VSB No. 89145
(shannon@justice4all.org)
LEGAL AID JUSTICE CENTER
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
(434) 977-0553

Mirela Missova (*pro hac vice*)
(mirela_missova@washlaw.org)
WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS
700 14th St. NW, Suite 400
Washington, DC 20005
(202) 319-1000

Theodore A. Howard (admitted *pro hac vice*)
(thoward@wileyrein.com)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
(202) 719-7000
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify on this 4th day of January 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                     By: /s/_____
                     *Counsel for Plaintiffs*