Alert  Green Rock Correctional Center is currently experiencing water restrictions due to a water main break within the Town of Chatham. The facility has been placed on a boil water notice by the local health district.

An Agency of the Commonwealth of Virginia                                    Virginia.gov | Find an Agency

Home | Facilities & Offices | About | Jobs | Contact | News | Search the Site

Resources For: | FAMILY & FRIENDS OF OFFENDERS | OFFENDERS | VICTIMS | GENERAL PUBLIC

# COVID-19/Coronavirus Updates

Home  //  News  //  COVID-19/Coronavirus Updates



AGENCY NEWS

## COVID-19/Coronavirus Updates
FEBRUARY 21, 2021

### Information Updates

 Download the Virginia Department of Corrections COVID-19 Early Release Plans:

Early Release Plan — State Facilities (PDF)
Early Release Plan — Local Jails & Facilities (PDF)

 Download the Virginia Department of Corrections Reentry Resource Packet (PDF).

 Download the CARES Act information notice – CARES Act Relief for Incarcerated People (PDF).

Updates can be found on this page or by calling our information line, 804-887-8484.

If you have questions or concerns, please contact us via email at COVID19Inquiries@vadoc.virginia.gov.

Visitation and volunteer activities remain cancelled until further notice.

## Total Vaccinations
Updated every Friday at 5:00 pm



| | |
|---|---|
| Total inmate vaccinations to date | 13,585 |
| Total staff vaccinations to date | 5,385 |

## Total Case Numbers
Updated daily at 5:00 pm

### Inmate Totals

| | |
|---|---|
| 8982 | Total positive cases to date |
| 211 | Active cases on-site |
| 5 | Active cases in hospitals |
| 55 | COVID-19 positive deaths |

### Staff Totals

| | |
|---|---|
| 89 | Active cases |
| 5 | COVID-19 positive deaths |

## Cases by Location
Updated daily at 5:00 pm

| LOCATION | INMATES ON-SITE active cases | INMATES IN HOSPITALS active cases | DEATH OF COVID-19 POSITIVE INMATES | TOTAL POSITIVE INMATES onsite + hospital + deaths + releases + recovered + transfers in - transfers out | STAFF active cases including employees & contractors |
|---|---|---|---|---|---|
| Appalachian Men's CCAP | 0 | 0 | 0 | 50 | 0 |
| Augusta Correctional Center | 0 | 0 | 5 | 585 | 5 |
| Baskerville Correctional Center | 0 | 0 | 0 | 249 | 1 |
| Bland Correctional Center | 0 | 0 | 0 | 185 | 5 |
| Brunswick CCAP | 0 | 0 | 0 | 0 | 1 |
| Buckingham Correctional Center | 0 | 0 | 4 | 648 | 2 |
| Caroline Correctional Unit | 0 | 0 | 0 | 6 | 1 |

| LOCATION | INMATES ON-SITE active cases | INMATES IN HOSPITALS active cases | DEATH OF COVID-19 POSITIVE INMATES | TOTAL POSITIVE INMATES onsite + hospital + deaths + releases + recovered + transferred in - transfers out | STAFF active cases including employees & contractors |
|---|---|---|---|---|---|
| Central Virginia Correctional Unit #13 | 0 | 0 | 0 | 57 | 0 |
| Chesterfield Women's CCAP | 0 | 0 | 0 | 0 | 0 |
| Coffeewood Correctional Center | 0 | 0 | 1 | 674 | 2 |
| Cold Springs CCAP | 0 | 0 | 0 | 31 | 0 |
| Cold Springs Correctional Unit #10 | 0 | 0 | 0 | 64 | 0 |
| Deerfield Correctional Center (includes Deerfield Work Centers) | 0 | 0 | 19 | 837 | 3 |
| Dillwyn Correctional Center | 69 | 1 | 2 | 566 | 0 |
| Fluvanna Correctional Center for Women | 15 | 0 | 0 | 648 | 6 |
| Green Rock Correctional Center | 54 | 0 | 0 | 233 | 9 |
| Greensville Correctional Center (includes Greensville Work Center) | 3 | 0 | 2 | 716 | 16 |
| Halifax Correctional Unit | 0 | 0 | 0 | 130 | 0 |
| Harrisonburg Men's CCAP | 0 | 0 | 0 | 26 | 0 |
| Haynesville Correctional Center | 30 | 0 | 1 | 480 | 1 |
| Haynesville Correctional Unit #17 | 0 | 0 | 0 | 1 | 0 |
| Indian Creek Correctional Center | 19 | 1 | 0 | 104 | 2 |
| Keen Mountain Correctional Center | 0 | 0 | 1 | 15 | 2 |
| Lawrenceville Correctional Center | 0 | 0 | 1 | 101 | 1 |
| Lunenburg Correctional Center | 0 | 0 | 1 | 119 | 2 |
| Marion Correctional Treatment Center | 0 | 0 | 2 | 89 | 0 |
| Nottoway Correctional Center (includes Nottoway Work Center) | 7 | 0 | 1 | 533 | 1 |
| Patrick Henry Correctional Unit | 0 | 0 | 0 | 60 | 0 |
| Pocahontas State Correctional Center | 8 | 1 | 3 | 244 | 1 |

| | | | | | |
|---|---|---|---|---|---|
| Red Onion State Prison | 0 | 0 | 0 | 61 | 1 |
| River North Correctional Center | 0 | 0 | 0 | 2 | 2 |
| Rustburg Correctional Unit | 3 | 0 | 0 | 29 | 5 |
| St. Brides Correctional Center | 1 | 0 | 0 | 459 | 1 |
| Stafford Men's CCAP | 0 | 0 | 0 | 8 | 0 |
| State Farm Correctional Complex | 0 | 0 | 10 | 493 | 4 |
| Sussex I State Prison | 0 | 0 | 0 | 178 | 2 |
| Sussex II State Prison | 2 | 0 | 1 | 185 | 4 |
| Virginia Correctional Center for Women (includes State Farm Work Center) | 0 | 2 | 1 | 72 | 2 |
| Wallens Ridge State Prison | 0 | 0 | 0 | 20 | 1 |
| Wise Correctional Unit | 0 | 0 | 0 | 24 | 0 |
| Probation & Parole - Eastern Region | n/a | n/a | n/a | n/a | 1 |
| Probation & Parole - Central Region | n/a | n/a | n/a | n/a | 3 |
| Probation & Parole - Western Region | n/a | n/a | n/a | n/a | 2 |
| Administration & Operations | n/a | n/a | n/a | n/a | 0 |

# Early Release

Updated daily at 5:00 pm

As of February 20, 2021, pursuant to the legislative authority granted to the Director of Corrections through Governor Northam's executive amendments to House Bill 29 and House Bill 30, the following numbers of inmates have been released.

Virginia DOC Facilities   1,020

Institutional Hospitals   2

State Responsible in Local Jails   543

# Vaccinations

In Virginia, the COVID-19 vaccine is being provided to specific groups over a series of planned phases promulgated by the Virginia Department of Health (VDH). Virginia's guidance was adapted from Centers for Disease Control and Prevention recommendations. Phase 1a included healthcare workers and residents in long-term care facilities. VADOC's medical staff was included in Phase 1a. Virginia entered Phase 1b on January 11, 2021. Phase 1b includes Frontline Essential Workers and



An Agency of the Commonwealth of Virginia

Virginia.gov | Find an Agency

Home | Facilities & Offices | About | Jobs | Contact | News | Search the Site

Resources For: | FAMILY & FRIENDS OF OFFENDERS | OFFENDERS | VICTIMS | GENERAL PUBLIC

# COVID-19/Coronavirus Updates

Home // News // COVID-19/Coronavirus Updates



AGENCY NEWS

## COVID-19/Coronavirus Updates

FEBRUARY 15, 2021

### Information Updates


Download the Virginia Department of Corrections COVID-19 Early Release Plans:

Early Release Plan — State Facilities (PDF)
Early Release Plan — Local Jails & Facilities (PDF)


Download the Virginia Department of Corrections Reentry Resource Packet (PDF).


Download the CARES Act information notice – CARES Act Relief for Incarcerated People (PDF).

Updates can be found on this page or by calling our information line, 804-887-8484.

If you have questions or concerns, please contact us via email at COVID19Inquiries@vadoc.virginia.gov.

Visitation and volunteer activities remain cancelled until further notice.

Visitation and volunteer activities remain cancelled until further notice.

## Total Vaccinations

Updated every Friday at 5:00 pm



| | |
|---|---|
| Total inmate vaccinations to date | 13,256 |
| Total staff vaccinations to date | 6,016 |

## Total Case Numbers

Updated daily at 5:00 pm

### Inmate Totals

- 8,959  Total positive cases to date
- 549  Active cases on-site
- 3  Active cases in hospitals
- 54  COVID-19 positive deaths

### Staff Totals

- 123  Active cases
- 4  COVID-19 positive deaths

## Cases by Location

Updated daily at 5:00 pm

| LOCATION | INMATES ON-SITE active cases | INMATES IN HOSPITALS active cases | DEATH OF COVID-19 POSITIVE INMATES | TOTAL POSITIVE INMATES onsite + hospital + deaths + releases + recovered + transfers in - transfers out | STAFF active cases including employees & contractors |
|---|---|---|---|---|---|
| Appalachian Men's CCAP | 0 | 0 | 0 | 50 | 0 |
| Augusta Correctional Center | 0 | 0 | 5 | 585 | 5 |
| Baskerville Correctional Center | 0 | 0 | 0 | 249 | 1 |
| Bland Correctional Center | 0 | 0 | 0 | 185 | 4 |
| Brunswick CCAP | 0 | 0 | 0 | 0 | 0 |
| Buckingham Correctional Center | 4 | 0 | 4 | 648 | 3 |
| Caroline Correctional Unit | 0 | 0 | 0 | 8 | 0 |
| Central Virginia Correctional Unit #13 | 0 | 0 | 0 | 57 | 0 |

| LOCATION | INMATES ON-SITE active cases | INMATES IN HOSPITALS active cases | DEATH OF COVID-19 POSITIVE INMATES | TOTAL POSITIVE INMATES onsite + hospital + deaths + releases + recovered + transfers in - transfers out | STAFF active cases including employees & contractors |
|---|---|---|---|---|---|
| Chesterfield Women's CCAP | 0 | 0 | 0 | 0 | 0 |
| Coffeewood Correctional Center | 0 | 0 | 1 | 674 | 4 |
| Cold Springs CCAP | 0 | 0 | 0 | 31 | 0 |
| Cold Springs Correctional Unit #10 | 0 | 0 | 0 | 64 | 0 |
| Deerfield Correctional Center (includes Deerfield Work Centers) | 0 | 0 | 19 | 837 | 5 |
| Dillwyn Correctional Center | 63 | 1 | 2 | 560 | 7 |
| Fluvanna Correctional Center for Women | 97 | 0 | 0 | 644 | 9 |
| Green Rock Correctional Center | 130 | 0 | 0 | 233 | 11 |
| Greensville Correctional Center (includes Greensville Work Center) | 16 | 0 | 2 | 716 | 23 |
| Halifax Correctional Unit | 0 | 0 | 0 | 130 | 0 |
| Harrisonburg Men's CCAP | 0 | 0 | 0 | 26 | 0 |
| Haynesville Correctional Center | 96 | 0 | 1 | 472 | 1 |
| Haynesville Correctional Unit #17 | 0 | 0 | 0 | 1 | 0 |
| Indian Creek Correctional Center | 47 | 1 | 0 | 103 | 6 |
| Keen Mountain Correctional Center | 0 | 0 | 1 | 15 | 2 |
| Lawrenceville Correctional Center | 0 | 0 | 1 | 101 | 1 |
| Lunenburg Correctional Center | 0 | 0 | 1 | 119 | 2 |
| Marion Correctional Treatment Center | 0 | 0 | 2 | 89 | 0 |
| Nottoway Correctional Center (includes Nottoway Work Center) | 10 | 0 | 1 | 531 | 1 |
| Patrick Henry Correctional Unit | 1 | 0 | 0 | 60 | 2 |
| Pocahontas State Correctional Center | 13 | 0 | 3 | 244 | 2 |
| Red Onion State Prison | 22 | 0 | 0 | 61 | 2 |

| Facility | | | | | |
|---|---|---|---|---|---|
| River North Correctional Center | 0 | 0 | 0 | 2 | 2 |
| Rustburg Correctional Unit | 28 | 0 | 0 | 29 | 5 |
| St. Brides Correctional Center | 0 | 0 | 0 | 458 | 2 |
| Stafford Men's CCAP | 0 | 0 | 0 | 8 | 0 |
| State Farm Correctional Complex | 0 | 1 | 9 | 493 | 4 |
| Sussex I State Prison | 0 | 0 | 0 | 178 | 3 |
| Sussex II State Prison | 1 | 0 | 1 | 184 | 7 |
| Virginia Correctional Center for Women (includes State Farm Work Center) | 15 | 0 | 1 | 72 | 2 |
| Wallens Ridge State Prison | 6 | 0 | 0 | 20 | 1 |
| Wise Correctional Unit | 0 | 0 | 0 | 24 | 0 |
| Probation & Parole - Eastern Region | n/a | n/a | n/a | n/a | 3 |
| Probation & Parole - Central Region | n/a | n/a | n/a | n/a | 2 |
| Probation & Parole - Western Region | n/a | n/a | n/a | n/a | 1 |
| Administration & Operations | n/a | n/a | n/a | n/a | 0 |

## Early Release

Updated daily at 5:00 pm

As of February 14, 2021, pursuant to the legislative authority granted to the Director of Corrections through Governor Northam's executive amendments to House Bill 29 and House Bill 30, the following numbers of inmates have been released.



| | |
|---|---|
| Virginia DOC Facilities | 1,006 |
| Institutional Hospitals | 2 |
| State Responsible in Local Jails | 531 |

## Vaccinations

In Virginia, the COVID-19 vaccine is being provided to specific groups over a series of planned phases promulgated by the Virginia Department of Health (VDH). Virginia's guidance was adapted from Centers for Disease Control and Prevention recommendations. Phase 1a included healthcare workers and residents in long-term care facilities. VADOC's medical staff was included in Phase 1a. Virginia entered Phase 1b on January 11, 2021. Phase 1b includes Frontline Essential Workers and several high-risk groups. Corrections employees and people living in correctional facilities are covered in Phase 1b, Vaccines are currently being administered.

https://vadoc.virginia.gov/news-press-releases/2021/covid-19-updates/   Go   JAN FEB MAR   08   2020 2021 2022
16 captures
3 Feb 2021 - 10 Feb 2021
About this capture

An Agency of the Commonwealth of Virginia                                                                    Virginia.gov    Find an Agency

🏠 Home       Facilities & Offices       About       Jobs       Contact       News       Search the Site

Resources For:     FAMILY & FRIENDS OF OFFENDERS     OFFENDERS     VICTIMS     GENERAL PUBLIC

# COVID-19/Coronavirus Updates

Home   //   News   //   COVID-19/Coronavirus Updates



AGENCY NEWS

## COVID-19/Coronavirus Updates

FEBRUARY 08, 2021

### Information Updates

  Download the Virginia Department of Corrections COVID-19 Early Release Plans:

Early Release Plan — State Facilities (PDF)
Early Release Plan — Local Jails & Facilities (PDF)

  Download the Virginia Department of Corrections Reentry Resource Packet (PDF).

  Download the CARES Act information notice – CARES Act Relief for Incarcerated People (PDF).

Updates can be found on this page or by calling our information line, 804-887-8484.

If you have questions or concerns, please contact us via email at



Visitation and volunteer activities remain cancelled until further notice.

## Total Vaccinations
Updated every Friday at 5:00 pm



| Total inmate vaccinations to date | 11,112 |
|---|---|
| Total staff vaccinations to date | 4,533 |

## Total Case Numbers
Updated daily at 5:00 pm

### Inmate Totals

| 8,794 | Total positive cases to date |
|---|---|
| 564 | Active cases on-site |
| 6 | Active cases in hospitals |
| 54 | COVID-19 positive deaths |

### Staff Totals

| 147 | Active cases |
|---|---|
| 3 | COVID-19 positive deaths |

## Cases by Location
Updated daily at 5:00 pm

| LOCATION | INMATES ON-SITE active cases | INMATES IN HOSPITALS active cases | DEATH OF COVID-19 POSITIVE INMATES | TOTAL POSITIVE INMATES onsite + hospital + deaths + releases + recovered + transfers in - transfers out | STAFF active cases including employees & contractors |
|---|---|---|---|---|---|
| Appalachian Men's CCAP | 0 | 0 | 0 | 50 | 0 |
| Augusta Correctional Center | 0 | 0 | 5 | 585 | 6 |
| Baskerville Correctional Center | 0 | 0 | 0 | 249 | 1 |
| Bland Correctional Center | 0 | 0 | 0 | 185 | 2 |
| Brunswick CCAP | 0 | 0 | 0 | 0 | 0 |
| Buckingham Correctional Center | 4 | 0 | 4 | 648 | 4 |
| Caroline Correctional Unit | 0 | 0 | 0 | 6 | 0 |



| LOCATION | INMATES ON-SITE active cases | INMATES IN HOSPITALS active cases | DEATH OF COVID-19 POSITIVE INMATES | TOTAL POSITIVE INMATES onsite + hospital + deaths + releases + recovered + transfers in - transfers out | STAFF active cases including employees & contractors |
|---|---|---|---|---|---|
| Chesterfield Women's CCAP | 0 | 0 | 0 | 0 | 0 |
| Coffeewood Correctional Center | 0 | 0 | 1 | 674 | 4 |
| Cold Springs CCAP | 0 | 0 | 0 | 31 | 0 |
| Cold Springs Correctional Unit #10 | 0 | 0 | 0 | 64 | 0 |
| Deerfield Correctional Center (includes Deerfield Work Centers) | 0 | 0 | 19 | 837 | 5 |
| Dillwyn Correctional Center | 106 | 2 | 2 | 514 | 10 |
| Fluvanna Correctional Center for Women | 144 | 1 | 0 | 633 | 7 |
| Green Rock Correctional Center | 90 | 0 | 0 | 192 | 5 |
| Greensville Correctional Center (includes Greensville Work Center) | 16 | 0 | 2 | 715 | 29 |
| Halifax Correctional Unit | 0 | 0 | 0 | 130 | 0 |
| Harrisonburg Men's CCAP | 0 | 0 | 0 | 26 | 1 |
| Haynesville Correctional Center | 96 | 0 | 1 | 472 | 1 |
| Haynesville Correctional Unit #17 | 0 | 0 | 0 | 1 | 0 |
| Indian Creek Correctional Center | 3 | 0 | 0 | 57 | 6 |
| Keen Mountain Correctional Center | 0 | 0 | 1 | 15 | 1 |
| Lawrenceville Correctional Center | 1 | 0 | 1 | 101 | 6 |
| Lunenburg Correctional Center | 0 | 0 | 1 | 119 | 0 |
| Marion Correctional Treatment Center | 0 | 0 | 2 | 89 | 1 |
| Nottoway Correctional Center (includes Nottoway Work Center) | 11 | 0 | 1 | 526 | 1 |
| Patrick Henry Correctional Unit | 0 | 0 | 0 | 59 | 2 |
| Pocahontas State Correctional Center | 12 | 0 | 3 | 238 | 3 |



| | | | | | |
|---|---|---|---|---|---|
| River North Correctional Center | 0 | 0 | 0 | 2 | 3 |
| Rustburg Correctional Unit | 25 | 0 | 0 | 26 | 6 |
| St. Brides Correctional Center | 0 | 0 | 0 | 458 | 1 |
| Stafford Men's CCAP | 0 | 0 | 0 | 8 | 0 |
| State Farm Correctional Complex | 0 | 2 | 9 | 493 | 12 |
| Sussex I State Prison | 0 | 0 | 0 | 178 | 3 |
| Sussex II State Prison | 1 | 1 | 1 | 183 | 6 |
| Virginia Correctional Center for Women (includes State Farm Work Center) | 11 | 0 | 1 | 68 | 2 |
| Wallens Ridge State Prison | 19 | 0 | 0 | 20 | 2 |
| Wise Correctional Unit | 0 | 0 | 0 | 24 | 0 |
| Probation & Parole — Eastern Region | n/a | n/a | n/a | n/a | 3 |
| Probation & Parole — Central Region | n/a | n/a | n/a | n/a | 6 |
| Probation & Parole — Western Region | n/a | n/a | n/a | n/a | 1 |
| Administration & Operations | n/a | n/a | n/a | n/a | 2 |

## Early Release

Updated daily at 5:00 pm

As of February 7, 2021, pursuant to the legislative authority granted to the Director of Corrections through Governor Northam's executive amendments to House Bill 29 and House Bill 30, the following numbers of inmates have been released.

| | |
|---|---|
| Virginia DOC Facilities | 983 |
| Institutional Hospitals | 2 |
| State Responsible in Local Jails | 521 |

## Vaccinations

In Virginia, the COVID-19 vaccine is being provided to specific groups over a series of planned phases promulgated by the Virginia Department of Health (VDH). Virginia's guidance was adapted from Centers for Disease Control and Prevention recommendations. Phase 1a included healthcare workers and residents in long-term care facilities. VADOC's medical staff was included in Phase 1a. Virginia entered Phase 1b on January 11, 2021. Phase 1b includes Frontline Essential Workers and



https://vadoc.virginia.gov/news-press-releases/2021/covid-19-updates/   Go
14 captures
3 Feb 2021 - 10 Feb 2021
JAN FEB MAR
◀ 04 ▶
2020 2021 2022
About this capture

An Agency of the Commonwealth of Virginia

Virginia.gov | Find an Agency

Home | Facilities & Offices | About | Jobs | Contact | News

Search the Site

Resources For: | FAMILY & FRIENDS OF OFFENDERS | OFFENDERS | VICTIMS | GENERAL PUBLIC

# COVID-19/Coronavirus Updates

Home // News // COVID-19/Coronavirus Updates



AGENCY NEWS

## COVID-19/Coronavirus Updates

FEBRUARY 04, 2021

### Information Updates

 Download the Virginia Department of Corrections COVID-19 Early Release Plans:

Early Release Plan — State Facilities (PDF)
Early Release Plan — Local Jails & Facilities (PDF)

 Download the Virginia Department of Corrections Reentry Resource Packet (PDF).

 Download the CARES Act information notice – CARES Act Relief for Incarcerated People (PDF).

Updates can be found on this page or by calling our information line, 804-887-8484.

If you have questions or concerns, please contact us via email at



Visitation and volunteer activities remain cancelled until further notice.

## Total Vaccinations
Updated every Friday at 5:00 pm



| Total inmate vaccinations to date | 7,137 |
|---|---|
| Total staff vaccinations to date | 3,589 |

## Total Case Numbers
Updated daily at 5:00 pm

### Inmate Totals

| 8,607 | Total positive cases to date |
|---|---|
| 571 | Active cases on-site |
| 8 | Active cases in hospitals |
| 54 | COVID-19 positive deaths |

### Staff Totals

| 174 | Active cases |
|---|---|
| 3 | COVID-19 positive deaths |

## Cases by Location
Updated daily at 5:00 pm

| LOCATION | INMATES ON-SITE active cases | INMATES IN HOSPITALS active cases | DEATH OF COVID-19 POSITIVE INMATES | TOTAL POSITIVE INMATES onsite + hospital + deaths + releases + recovered + transfers in - transfers out | STAFF active cases including employees & contractors |
|---|---|---|---|---|---|
| Appalachian Men's CCAP | 0 | 0 | 0 | 50 | 0 |
| Augusta Correctional Center | 0 | 0 | 5 | 585 | 14 |
| Baskerville Correctional Center | 0 | 0 | 0 | 249 | 1 |
| Bland Correctional Center | 0 | 0 | 0 | 185 | 2 |
| Brunswick CCAP | 0 | 0 | 0 | 0 | 0 |
| Buckingham Correctional Center | 4 | 0 | 4 | 648 | 5 |
| Caroline Correctional Unit | 0 | 0 | 0 | 6 | 0 |



| LOCATION | INMATES ON-SITE active cases | INMATES IN HOSPITALS active cases | DEATH OF COVID-19 POSITIVE INMATES | TOTAL POSITIVE INMATES onsite + hospital + deaths + releases + recovered + transfers in - transfers out | STAFF active cases including employees & contractors |
|---|---|---|---|---|---|
| Chesterfield Women's CCAP | 0 | 0 | 0 | 0 | 0 |
| Coffeewood Correctional Center | 0 | 0 | 1 | 674 | 5 |
| Cold Springs CCAP | 0 | 0 | 0 | 31 | 1 |
| Cold Springs Correctional Unit #10 | 0 | 0 | 0 | 64 | 0 |
| Deerfield Correctional Center (includes Deerfield Work Centers) | 0 | 0 | 19 | 837 | 7 |
| Dillwyn Correctional Center | 144 | 2 | 2 | 497 | 13 |
| Fluvanna Correctional Center for Women | 183 | 1 | 0 | 595 | 9 |
| Green Rock Correctional Center | 10 | 0 | 0 | 111 | 4 |
| Greensville Correctional Center (includes Greensville Work Center) | 3 | 0 | 2 | 702 | 24 |
| Halifax Correctional Unit | 0 | 0 | 0 | 130 | 0 |
| Harrisonburg Men's CCAP | 0 | 0 | 0 | 26 | 3 |
| Haynesville Correctional Center | 97 | 0 | 1 | 472 | 2 |
| Haynesville Correctional Unit #17 | 0 | 0 | 0 | 1 | 0 |
| Indian Creek Correctional Center | 0 | 0 | 0 | 54 | 5 |
| Keen Mountain Correctional Center | 0 | 0 | 1 | 15 | 1 |
| Lawrenceville Correctional Center | 1 | 0 | 1 | 101 | 6 |
| Lunenburg Correctional Center | 0 | 0 | 1 | 119 | 0 |
| Marion Correctional Treatment Center | 0 | 0 | 2 | 89 | 2 |
| Nottoway Correctional Center (includes Nottoway Work Center) | 12 | 0 | 1 | 525 | 0 |
| Patrick Henry Correctional Unit | 0 | 0 | 0 | 59 | 1 |
| Pocahontas State Correctional Center | 6 | 1 | 3 | 231 | 3 |



| Facility | | | | | |
|---|---|---|---|---|---|
| River North Correctional Center | 0 | 0 | 0 | 2 | 6 |
| Rustburg Correctional Unit | 26 | 1 | 0 | 27 | 4 |
| St. Brides Correctional Center | 36 | 0 | 0 | 458 | 3 |
| Stafford Men's CCAP | 0 | 0 | 0 | 8 | 0 |
| State Farm Correctional Complex | 1 | 2 | 9 | 493 | 12 |
| Sussex I State Prison | 0 | 0 | 0 | 178 | 4 |
| Sussex II State Prison | 4 | 1 | 1 | 182 | 12 |
| Virginia Correctional Center for Women (includes State Farm Work Center) | 20 | 0 | 1 | 67 | 3 |
| Wallens Ridge State Prison | 15 | 0 | 0 | 16 | 4 |
| Wise Correctional Unit | 0 | 0 | 0 | 24 | 0 |
| Probation & Parole — Eastern Region | n/a | n/a | n/a | n/a | 3 |
| Probation & Parole — Central Region | n/a | n/a | n/a | n/a | 8 |
| Probation & Parole — Western Region | n/a | n/a | n/a | n/a | 1 |
| Administration & Operations | n/a | n/a | n/a | n/a | 2 |

## Early Release

Updated daily at 5:00 pm

As of February 3, 2021, pursuant to the legislative authority granted to the Director of Corrections through Governor Northam's executive amendments to House Bill 29 and House Bill 30, the following numbers of inmates have been released.

| | |
|---|---|
| Virginia DOC Facilities | 976 |
| Institutional Hospitals | 2 |
| State Responsible in Local Jails | 516 |

## Vaccinations

In Virginia, the COVID-19 vaccine is being provided to specific groups over a series of planned phases promulgated by the Virginia Department of Health (VDH). Virginia's guidance was adapted from Centers for Disease Control and Prevention recommendations. Phase 1a included healthcare workers and residents in long-term care facilities. VADOC's medical staff was included in Phase 1a. Virginia entered Phase 1b on January 11, 2021. Phase 1b includes Frontline Essential Workers and

