USCA4 Appeal: 19-1719     Doc: 38-1      Filed: 04/22/2021    Pg: 1 of 2
Case 3:12-cv-00036-NKM-JCH   Document 827   Filed 04/22/21   Page 1 of 2   Pageid#: 23070

FILED: April 22, 2021

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 19-1719
(3:12-cv-00036-NKM-JCH)

_____

CYNTHIA SCOTT, a prisoner residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated; TONI HARTLOVE, a prisoner residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated; MELISSA ATKINS, a prisoner residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated

            Plaintiffs - Appellants

 and

BOBINETTE D. FEARCE; BELINDA GRAY; PATRICIA B. KNIGHT; KAREN CHANITA POWELL; MARGUERITE RICHARDS; LUCETIA ROBINSON; REBECCA L. SCOTT, prisoners residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated

            Plaintiffs

v.

HAROLD W. CLARKE, Director, Virginia Department of Corrections; A. DAVID ROBINSON, Chief of Corrections Operations, Virginia Department of Corrections; STEPHEN M. HERRICK; ERIC ALDRIDGE; PAUL TARGONSKI, in his official capacity as Medical Director for the Fluvanna Correctional Center for Women

            Defendants - Appellees

———————

JUDGMENT

———————

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK