FILED: May 14, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1719
(3:12-cv-00036-NKM-JCH)

_____

CYNTHIA SCOTT, a prisoner residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated; TONI HARTLOVE, a prisoner residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated; MELISSA ATKINS, a prisoner residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated

   Plaintiffs - Appellants

and

BOBINETTE D. FEARCE; BELINDA GRAY; PATRICIA B. KNIGHT; KAREN CHANITA POWELL; MARGUERITE RICHARDS; LUCETIA ROBINSON; REBECCA L. SCOTT, prisoners residing at Fluvanna Correctional Center for Women, individually and on behalf of all others similarly situated

   Plaintiffs

v.

HAROLD W. CLARKE, Director, Virginia Department of Corrections; A. DAVID ROBINSON, Chief of Corrections Operations, Virginia Department of Corrections; STEPHEN M. HERRICK; ERIC ALDRIDGE; PAUL TARGONSKI, in his official capacity as Medical Director for the Fluvanna Correctional Center for Women

   Defendants - Appellees

_____

MANDATE

_____

The judgment of this court, entered April 22, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*