IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **CYNTHIA B. SCOTT, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:12-cv-36 |
| ) | |
| **HAROLD W. CLARKE, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' NOTICE OF COMPLIANCE

Defendants, by counsel, submit the first report of Dr. Homer Venters in compliance with the Court's March 16, 2020 Order directing Defendants to file on the public docket all reports of the Compliance Monitor.

Respectfully Submitted,

HAROLD W. CLARKE, A. DAVID ROBINSON, STEPHEN HERRICK, MARIEA K. LEFEVERS, and PAUL TARGONSKI, M.D., P.H.D.

/s/
Katherine C. Londos (VSB #: 36848)
John C. Johnson (VSB #: 33133)
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:    540/772-9167
Email: klondos@faplawfirm.com
         jjohnson@faplawfirm.com
         nschnetzler@faplawfirm.com



629.0303\NHS
4814-4661-3740 .v1

- 2 -

Diane M. Abato
SAAG/Chief
Office of the Attorney General
Criminal Justice and Public Safety Division
202 North 9th Street
Richmond, VA 23219
Phone: 804-786-8191
Fax:    804-786-4239
Email: dabato@oag.state.va.us

*Counsel for Harold W. Clarke, A. David Robinson, Stephen Herrick, Mariea K. LeFevers, and Paul Targonski, M.D., P.H.D.*



- 2 -

629.0303\NHS
4814-4661-3740 .v1

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

/s/
Of Counsel



629.0303\NHS
4814-4661-3740 .v1