IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, *et al.*, | ) <br> ) <br> ) |
| *Plaintiffs,* | ) <br> ) Case No. 3:12-cv-00036 NKM/JCH |
| v. | ) <br> ) |
| HAROLD W. CLARKE, *et al.*, | ) <br> ) |
| *Defendants.* | ) <br> ) <br> ) |

**<u>ORDER</u>**

This matter is before the Court on the parties' Joint Motion to Modify Order for Status Conferences. The Court finds that the parties' requested relief is appropriate and will benefit the parties and the Court. Accordingly, the Motion is GRANTED and it is hereby ORDERED as follows:

a. That both parties identify to the Court and to the other party any witnesses who will testify at the Status Conference no fewer than seven (7) days prior to the hearing, including a summary of the expected testimony;

b. That all witnesses who testify at a Status Conference will be sworn under oath and subject to cross-examination;

c. That the Compliance Monitor shall attend each Status Conference and shall have the opportunity to make a report to the Court. If the Monitor testifies, he shall be subject to cross-examination by all parties;

d. That counsel for the parties, the Compliance Monitor, and any expert that any party chooses to have in attendance, shall meet at least once in between each Status Conference, and no fewer than 45 days prior to the next scheduled Status Conference, to discuss:

  i. Areas of non-compliance or partial compliance with the Settlement Agreement identified by the Compliance Monitor;

  ii. Areas of non-compliance or partial compliance with the Settlement Agreement identified by plaintiff class members, including cases of individual patient care that may be reflective of systemic issues of non-compliance or partial compliance, provided that the names of such patients are provided to Defendants at least ten (10) days prior to the meeting;

  iii. The actions Defendants are taking to address those areas of non-compliance or partial compliance.

e. That the parties shall report on the most recent meeting in their respective status reports filed prior to each Status Conference.

ENTERED: _____
Judge Norman K. Moon

DATED: 6/16/2021