# EXHIBIT B

1
2
3
4
5
6
7
8
9
10
11
12

13     With respect to Ms. Watkins, we want to note that
14 Ms. Watkins contends in her declaration that she is a
15 registered nurse.  We tried to identify where Ms. Watkins might
16 have gotten her license to be a registered nurse.  We did
17 identify her as receiving a license to be a licensed practical
18 nurse in Mississippi.  We could find no record that she is a
19 registered nurse.
20
21
22
23
24
25

 **Department of Health**

# License Verification

🖨 Printer Friendly Version

REGINA L RUSSELL WATKINS

License Number: PN956121

*Data As Of 1/27/2022*

| License Information | Secondary Locations | Discipline/Admin Action |

| | |
|---|---|
| Profession | Licensed Practical Nurse |
| License | PN956121 |
| ❓ License Status | NULL AND VOID/ |
| License Expiration Date | 7/31/1997 |
| License Original Issue Date | 12/04/1989 |
| Address of Record | |
| Discipline on File | No |
| ❓ Public Complaint | No |

For instructions on how to request a license certification of your Florida license to be sent to another state from the Florida Department of Health, please visit If further information is needed, please contact the Department of Health at (850) 488-0595. the License Certifications web page.



---

Privacy Statement   |   Disclaimer   |   Email Advisory   |   Accessibility

© 2022 FL HealthSource, All Rights Reserved Florida Department of Health | Division of Medical Quality Assurance Search Services



# License Verification

## Search Result

**Name**

Regina Lafaye Russell Watkins

**License Number**

228656

**License Type**

Licensed Practical Nurse

**License Status**

Expired

**License Discipline**

No Discipline

**License Issue Date**

11/21/1986

**License Expiration Date**

12/31/1991

**Compact Status**

Single State

**Expanded Role**

No

Exit System | Back to Search | Want More Details?

# License Lookup

Current as of 06/09/2022 18:41

## Search Criteria

Occupation:
**Registered Nurse**
State:
**Virginia**
Business Name or Person First Name:
**regina**
Zip Code:
Last Name:
**watkins**
Status:
**Any**

## Search Result

Sorry, no matches were found. Reasons may include:
- You are searching database containing current (unexpired) licensee records and also records of licensees whose license has expired since January 1, 2000. The search will return 0 record if the searched record expired before January 1, 2000.

[Back to License Lookup](#)