# EXHIBIT C

# Virginia Department of Corrections
## Disciplinary Offense Report

Report generated by Jones, R
Report run on 01/25/2022 at 01:09 PM

| Field | Value |
|---|---|
| Case Number | FCC-2022-0054 |
| Offender Name | Stogoski, Anna M |
| DOC # | 1811707 |
| Housing | 2-D-209T |
| Facility | Fluvanna Correctional Center |
| Reference | |
| Offense Code | 222 |
| Offense Title | Vulgar or insolent language or gestures directed toward an employee or... |
| Offense Date | 01/25/2022 |
| Approximate Time | 10:31 AM |
| Location | Medical Department - 2 |

### DESCRIPTION OF THE OFFENSE

Provide a summary of the details of the offense (i.e.: who, what, when, where, and how; any unusual behavior, any physical evidence and its disposition, and any immediate action taken – including use of force, etc.)

On 1/25/2022 at approximately 10:31 AM, I had made several attempts to explain to patient that the Labcorp Website terminal was not displaying the inmates most recent lab results. I had even showed her that her name was typed in correctly and when entered, there were no results to display; and she became verbally abusive, stating that the doctors here were all stupid, and she demanded that I call the Lab manager here to get the results from her, I explained she would be logging into the same system that I was logged into, and she became more abusive telling me that I was a stupid doctor, and did not know what I was doing, and she told me that I was ... <Con't>

☐ Investigation    Date Completed: _____

[X] DESCRIPTION CONTINUED ON ATTACHED PAGE

Witnesses:

Reporting Officer: Stich, M
Title: Clerical - Medical
Date: 01/25/2022    Time: 11:25 AM

Officer-In-Charge: Jones, R
OIC Signature: [signed]
Title: Unit Manager
Date: 01/25/2022    Time: 1:04 PM

### ADVISEMENT OF RIGHTS

By signing below, you indicate your preference regarding the rights indicated. Failure to respond, or indicate a preference, constitutes a **WAIVER** of the first three rights. The following forms are available to the offender **UPON REQUEST** in each housing unit: *Witness Request Form, Documentary Evidence Request Form*, and the *Reporting Officer Response Form*. The offender must submit these request forms to the Hearings Officer within **48-HOURS** of the charge being served.

| Question | Response |
|---|---|
| DO YOU REQUEST A STAFF OR OFFENDER ADVISOR TO ASSIST YOU AT THE HEARING? | [X] Yes ☐ No ☐ REFUSED TO RESPOND |
| DO YOU WISH TO REQUEST WITNESSES? | ☐ Yes [X] No ☐ REFUSED TO RESPOND |
| DO YOU WISH TO REQUEST DOCUMENTARY EVIDENCE? | [X] Yes ☐ No ☐ REFUSED TO RESPOND |
| DO YOU WISH TO WAIVE YOUR RIGHT TO 24-HOUR PREPARATION TIME PRIOR TO THE HEARING? | ☐ Yes [X] No ☐ REFUSED TO RESPOND |
| DO YOU WISH TO APPEAR AT THE DISCIPLINARY HEARING? Refusal to appear is an admission of guilt, a waiver of witnesses and the right to a disciplinary hearing. | [X] Yes ☐ No ☐ REFUSED TO RESPOND |

YOU HAVE THE RIGHT TO QUESTION REPORTING OFFICER
(In person for Category I Offenses; by submitting a Reporting Officer Response Form for Category II Offenses)

YOU HAVE THE RIGHT TO ENTER INTO A PENALTY OFFER.
YOU MAY REMAIN SILENT. Silence does NOT constitute an admission of guilt.

THE CHARGE MAY BE VACATED AND RE-SERVED AS A DIFFERENT OFFENSE, WHICH CAN BE A HIGHER, EQUIVALENT OR LESSER OFFENSE CODE.
YOU MAY BE FOUND GUILTY OF A LESSER-INCLUDED OFFENSE CODE, IN ACCORDANCE WITH OPERATING PROCEDURE 861.1

You have been informed of the charges against you, and advised of your rights at the Disciplinary Hearing.

Served and Witnessed By: Sgt. D. Cook
Print Name: Sgt. D. Cook
Date of Service: 1-25-22    Approximate Time: 1617

Offender's Signature: [signed]
Print Name: Anna Stogoski

IF OFFENDER REFUSES TO SIGN, SERVING OFFICER WILL CERTIFY REFUSAL:

ADVISOR AT SERVICE OF DOR: (n/a)
Date of Hearing: 02/04/2022    Revised Date: 2/15    Revised Date: _____

FORMS PROVIDED AT SERVICE (IF REQUESTED): [X] Yes ☐ No

RECEIVED JAN 31 2022

DISCIPLINARY OFFENSE REPORT (continued)

Case Number: FCC-2022-0084  Offender Name: Sbgoski, Anna M  DOC #: 1811707  Housing: 2-D-209T
Facility: Fluvanna Correctional Center  Reference:

### OFFENDER'S PLEA AND RIGHTS

Hearing Location: Fluvanna Correctional Center  Date: 02/15/2022  Time: 9:00 AM

Plea: ☐ Guilty  ☒ Not Guilty  ☐ No Plea

Advisor at hearing: _____

Reason for absence/exclusion of the accused offender: _____

| Question | Yes | No |
|---|---|---|
| Was the Reporting Officer present at the Disciplinary hearing? | ☐ | ☐ |
| Has there been a denial of requested witnesses? | ☐ | ☐ |
| Has there been a denial of Documentary Evidence Forms? | ☐ | ☐ |

### DECISION OF THE HEARINGS OFFICER

☐ Guilty  ☐ Not Guilty  ☐ Dismissed  ☐ Accepted Penalty Offer within 24 Hours of Service
☒ Informal Resolution  ☐ Reduced to Lesser-Included Offense  ☐ Reduced Penalty
☐ Vacated - Offender waived rewrite/reserve of offense  ☐ Vacated for Rewrite/Re-serve
☐ For the charge of:  Offense Title: _____
☒ For the Lesser Included Offense of:  Offense Title: 222 - Vulgar or insolent language or gestures directed toward an employee or...

Reason for Decision: Based on statement in charge and Inmate testimony - Informal Resolution/Reprimand

Penalty: IR 1 - Reprimand - IR 1 - Reprimand

Comment:

Hearing Officer's Signature: _____  Date: 02/15/2022
Print Name: Wingate, K D

### INSTITUTIONAL REVIEW:

☒ Approved  ☐ Dismissed  ☐ Suspended Penalty  ☐ Informal Resolution
☐ Reduced Penalty  ☐ Rehear  ☐ Reduced to Lesser-Included Offense
☒ For the charge of:  Offense Title: 222 - Vulgar or insolent language or gestures directed toward an employee or...
☐ For the Lesser Included Offense of:  Offense Title: _____

Comments:

Penalty: IR 1 - Reprimand - IR 1 - Reprimand

Signature: _____  Date: 02/18/2022
Print Name: Goode, J S  Title: Operations Officer

Case Number: FCC-2022-0054
Facility: Fluvanna Correctional Center
Offender Name: Stegosk, Anna M
Reference:
DOC #: 1811707
Housing: 2-D-209T

Case 3:12-cv-00036-NKM-JCH   Document 867-3   Filed 06/09/22   Page 4 of 5   Pageid#: 23570

**Description of Offense (continued):**

withholding her lab from her intentionally. I told her that the interview was over, and she refused to leave, still demanding that I get her lab to her. I told her when the lab results were available on the system, we would call her down tp discuss her labs. I was going out of my way to accomodate her, as her visit was only to discuss her vitamin refill, and I continued to spend the effort to look up her labs and get her the information she requested. She then stated she was going to file a report to allow her to be seen by another provider.

# AUDIO OF DISCIPLINARY HEARING FOR
# FCC-2022-0054
# FEBRUARY 15, 2022
# (FCC-2022-0054.MP3)

**Contained on USB Flash Drive Delivered to Clerk's Office**