IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| CYNTHIA B. SCOTT, *et al.*, | ) ) ) | |
| *Plaintiffs,* | ) ) | Case No. 3:12-cv-00036 NKM/JCH |
| v. | ) ) | |
| HAROLD W. CLARKE, *et al.*, | ) ) | |
| *Defendants.* | ) ) ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 6(i), Geri M. Greenspan respectfully moves this Court to withdraw and strike her appearance as counsel of record for the Plaintiffs, for the reasons set forth below:

1. Undersigned counsel noted her appearance for the Plaintiffs as counsel of record on July 16, 2020 while employed as an attorney with Hunton Andrews Kurth LLP.

2. As of July 1, 2022, undersigned counsel will no longer be employed by Hunton Andrews Kurth LLP.

3. No delay, prejudice or injustice will occur as a result of undersigned counsel's withdrawal as counsel of record.

4. All other counsel of record for Plaintiffs will continue to represent the Plaintiffs, and they consent to this motion.

5. Good cause exists to allow undersigned counsel to withdraw as counsel for Plaintiffs.

Respectfully submitted,
**PLAINTIFFS,**
*individually and on behalf of all others similarly situated*

By: _____
Geri M. Greenspan, VSB No. 76786
(ggreenspan@hunton.com)
HUNTON ANDREWS KURTH LLP
1000 Preston Avenue, Suite A
Charlottesville, VA 22903
(804) 788-8651

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

_____

Geri Greenspan