# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Cynthia B. Scott, et al.**

vs.

**Harold W. Clarke, et al.**

Action No:   3:12CV00036
Date:   November 14, 2022
Judge:   Norman K. Moon
Court Reporter:   Lisa Blair
Deputy Clerk:   Carmen Amos

Plaintiffs' Attorneys

Theodore A. Howard
Jacqueline Kutnik-Bauder
Deborah M. Golden
Granville C. Warner

Defendants' Attorneys

Nathan H. Schnetzler
Diane M. Abato

Also Present:
Dr. Homer Venters
Dr. Paul Targonski
Mariea LeFevers, Warden
Emily Croston
Laura Graham
Julia Goddard
Anna Kurien
Elaine Poon
Jasmine Nazaire
Stacy Omosa

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1. Melissa Atkins

DEFENDANT:

1. Dr. Paul Targonski

**PROCEEDINGS:**
Parties present via Zoom video-conference for Status Conference. Initial remarks by the Court with regard to the parties' Status Reports and the Fourth Report of Dr. Venters. Court asks for update and comments by Compliance Manager, Dr. Venters. Testimony of Plaintiff Melissa Atkins and Dr. Targonski.

Time in Court:   2:05 – 3:15 p.m.   (1 hour, 10 minutes)