IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, et al., )<br>  )<br>    Plaintiffs, )<br>  )<br>v. )<br>  )<br>HAROLD W. CLARKE, et al., )<br>  )<br>    Defendants. ) | Case No. 3:12-cv-00036-NKM/RSB<br>Sr. Judge Norman K. Moon |

## **MOTION TO WITHDRAW AS COUNSEL**

COMES NOW the Plaintiffs and pursuant to Local Rule 6(i) moves the Court to consent to the withdrawal of attorney Philip Jerome Fornaci. In support of their motion, Plaintiffs state:

1. Plaintiffs are currently represented by:

    a. Theodore Augustus Howard of Wiley Rein LLP; Angela Ciolfi and Granville Clayton Warner of Legal Aid Justice Center;

    b. Jacqueline Kutnik-Bauder of the Washington Lawyers' Committee; and

    c. Deborah Golden.

2. Phillip Jerome Fornaci entered on this case on September 6, 2017 while employed at the Washington Lawyers' Committee;

3. Mr. Fornaci is no longer employed by the Washington Lawyers' Committee;

4. Mr. Howard, Ms. Ciolfi, Mr. Warner, Ms. Kutnik-Bauder and Ms. Golden consent to the withdrawal of Mr. Fornaci and will continue to represent Plaintiffs in this action;

5. Plaintiffs will not be prejudiced by the withdrawal of Mr. Fornaci.

WHEREFORE, Plaintiffs hereby more the Court to consent to the withdrawal of Philip Jerome Fornaci as counsel for Plaintiffs, terminate his representation of Plaintiffs, and for such other relief deemed appropriate to the Court.

DATED: February 16, 2023      Respectfully Submitted on behalf of Plaintiffs,

*/s/* Jacqueline Kutnik-Bauder
Jacqueline Kutnik-Bauder
Admitted *pro hac vice*
Washington Lawyers' Committee
700 14th Street NW, Suite 400
Washington, D.C. 20005
(202) 319-1000
Jacqueline_kutnik-bauder@washlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

/s/ Jacqueline Kutnik-Bauder
Jacqueline Kutnik-Bauder
Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| CYNTHIA B. SCOTT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 3:12-cv-00036-NKM/RSB |
| v. | ) | Sr. Judge Norman K. Moon |
| | ) | |
| HAROLD W. CLARKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiffs have filed a Motion to Withdraw Philip Jerome Fornaci as counsel in the above-captioned case.

UPON CONSIDERATION OF the Motion to Withdraw as Counsel, and for good cause shown, the Court consents to the withdrawal of Philip Jerome Fornaci, and the Motion to Withdraw as Counsel is GRANTED, and Philip Jerome Fornaci is hereby withdrawn from the above case as co-counsel of record for Plaintiffs. The Clerk is directed to remove Philip Jerome Fornaci from the appropriate records as co-counsel in the above.

It is so ORDERED.

_____
Judge

_____
Date