IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:12-cv-00036-NKM/RSB |
| | ) Sr. Judge Norman K. Moon |
| HAROLD W. CLARKE, et al., | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Jacqueline Kutnik-Bauder and pursuant to Local Rule 6(i) moves the Court to consent to her withdrawal as attorney for Plaintiffs. In support of my motion, I state as follows:

1. Plaintiffs are currently represented by:

    a. Theodore Augustus Howard of Wiley Rein LLP; Angela Ciolfi and Granville Clayton Warner of Legal Aid Justice Center;

    b. Kristin McGough of the Washington Lawyers' Committee; and

    c. Deborah Golden.

2. I am moving to withdraw because I will no longer be employed by the Washington Lawyers' Committee as of September 9, 2023;

3. Mr. Howard, Ms. Ciolfi, Mr. Warner, Ms. McGough, and Ms. Golden consent to my withdrawal and will continue to represent Plaintiffs in this action;

4. Plaintiffs will not be prejudiced by my withdrawal.

WHEREFORE, Jacqueline Kutnik-Bauder hereby moves the Court to grant her Motion to Withdraw as Counsel, terminate her representation of Plaintiffs, and for such other relief deemed appropriate to the Court.

DATED: September 6, 2023

Respectfully Submitted,

_____
Jacqueline Kutnik-Bauder
Admitted *pro hac vice*
Washington Lawyers' Committee
700 14th Street NW, Suite 400
Washington, D.C. 20005
(202) 319-1000
Jacqueline_kutnik-bauder@washlaw.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

_____
Jacqueline Kutnik-Bauder
Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CYNTHIA B. SCOTT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | )   Case No. 3:12-cv-00036-NKM/RSB |
| v. | )   Sr. Judge Norman K. Moon |
| | ) |
| HAROLD W. CLARKE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Jacqueline Kutnik-Bauder has filed a Motion to Withdraw as Counsel in the above-captioned case.

UPON CONSIDERATION of the Motion to Withdraw as Counsel, and for good cause shown, the Court consents to the withdrawal of Jacqueline Kutnik-Bauder, the Motion to Withdraw as Counsel is GRANTED, and Jacqueline Kutnik-Bauder is hereby withdrawn from the above case as co-counsel of record for Plaintiffs. The Clerk is directed to remove Jacqueline Kutnik-Bauder from the appropriate records as co-counsel in the above.

It is so ORDERED.

_____
Judge

_____
Date