**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **CYNTHIA B. SCOTT, et al.,** | **)** | |
| | **)** | |
| **Plaintiffs,** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 3:12-cv-36** |
| | **)** | |
| **A. DAVID ROBINSON, et al.,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |
| | **)** | |

**DEFENDANTS' APRIL 2026 STATUS REPORT**

Defendants, by counsel, pursuant to the Court's March 16, 2020, Order, ECF No. 655, submit this Status Report in advance of the upcoming Status Conference scheduled for May 28, 2026. Pursuant to the Court's Order, this Status Report addresses:

> . . . areas in which the Compliance Monitor has found Defendants (1) currently non-compliant with the Settlement Agreement; (2) persistently only in partial compliance; and (3) areas where Defendants' compliance has been "downgraded" by the Compliance Monitor. For any such areas, the status reports shall address any discrete, concrete steps Defendants have taken or which can be taken to improve compliance.

ECF No. 655.

On November 6, 2025, Defendants filed the Tenth Monitoring Report of the Compliance Monitor which reflected that Fluvanna Correctional Center for Women ("FCCW") remained fully compliant with each area of the Settlement Agreement. See ECF No. 955. On March 20, 2026, Defendants filed the Eleventh Monitoring Report of the Compliance Monitor which reflected that FCCW remained fully compliant with each area of the Settlement Agreement. See ECF No. 957.

- 1 -

The Compliance Monitor completed another site visit to FCCW at the beginning of April and requested data from FCCW for off-site review. The requested data has been provided, and the parties expect to receive the Compliance Monitor's draft report this week. Because there appear to be no areas where Defendants are (1) currently non-compliant with the Settlement Agreement; (2) persistently only in partial compliance; or (3) "downgraded" by the Compliance Monitor, Defendants stand on the recent reports of the Compliance Monitor in advance of the hearing scheduled for May 28, 2026.

Respectfully submitted,

CHADWICK DOTSON, A. DAVID ROBINSON, STEPHEN HERRICK, GARRY JONES, and SHARON SHEFFIELD, M.D.

/s/_____
Katherine C. Londos (VSB #: 36848)
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:     540/772-9167
Email: klondos@faplawfirm.com
        nschnetzler@faplawfirm.com

Richard C. Vorhis
SAAG/Chief
Office of the Attorney General
Criminal Justice and Public Safety Division
202 North 9th Street
Richmond, VA 23219
Phone: 804-786-4805
Fax:     804-786-4239
Email: rvorhis@oag.state.va.us

*Counsel for Chadwick Dotson, A. David Robinson, Stephen Herrick, Garry Jones, and Sharon Sheffield, M.D.*

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 28, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will automatically send notification of

such filing to all counsel of record.


<u>/s/</u>_____

Of Counsel

629.0303\NHS
4919-3513-3606 .v2