**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| **CYNTHIA B. SCOTT,** *et al.,* | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) Case No. 3:12-CV-0036-NKM/JCH |
| v. | ) Sr. Judge Norman K. Moon |
| | ) |
| **A. DAVID ROBINSON,** *et al.,* | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**<u>Motion to Withdraw the Transportation Order at Dkt. 962</u>**

Comes now Plaintiff Toni Hartlove, by counsel, in the above-captioned case to request that the Court withdraw Transportation Order at ECF No. 962 and excuse her appearance at the hearing scheduled for May 28, 2026, and in support thereof states as follows:

1. Due to chronic health concerns, transportation to and from would impose a substantial hardship on Ms. Hartlove.

2. Named Plaintiffs Cynthia Scott and Erin George still intend to attend the hearing as scheduled.

3. Defendants' Counsel was notified of the request and did not object.

WHEREFORE, Plaintiff Toni Hartlove respectfully requests that this Court withdraw transportation order at ECF No. 962.


DATED:        May 19, 2026


Respectfully submitted,

1

Theodore A. Howard *(pro hac vice)*
(thoward@wiley.law)
WILEY REIN LLP
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

Ruby A. Cherian, VSB No. 99294
(ruby@justice4all.org)
LEGAL AID JUSTICE CENTER
1000 Preston Ave., Suite A
Charlottesville, VA 22903
(434) 977-0553

*Attorneys for Plaintiffs Cynthia B. Scott, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May 2026, I will electronically file the foregoing with the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

2