**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **CYNTHIA B. SCOTT, et al.,** | **)** | |
| | **)** | |
| **Plaintiffs,** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 3:12-cv-36** |
| | **)** | |
| **CHADWICK DOTSON, et al.,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |
| | **)** | |

**DEFENDANTS' NOTICE OF COMPLIANCE**

Defendants, by counsel, submit the twelfth report of Dr. Homer Venters in compliance

with the Court's March 16, 2020, Order directing Defendants to file on the public docket all

reports of the Compliance Monitor.

Respectfully Submitted,

CHADWICK DOTSON, A. DAVID ROBINSON, STEPHEN HERRICK, GARRY JONES, and SHARON SHEFFIELD, M.D.

/s/
Katherine C. Londos (VSB #: 36848)
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:    540/772-9167
Email: klondos@faplawfirm.com
        nschnetzler@faplawfirm.com

629.0303\NHS
4907-5964-4078 .v1

Richard C. Vorhis
SAAG/Chief
Office of the Attorney General
Criminal Justice and Public Safety Division
202 North 9th Street
Richmond, VA 23219
Phone: 804-786-8191
Fax:    804-786-4239
Email: rvorhis@oag.state.va.us

*Counsel for Chadwick Dotson, A. David
Robinson, Stephen Herrick, Garry Jones, and
Sharon Sheffield, M.D.*

629.0303\NHS
4907-5964-4078 .v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

/s/ _____
Of Counsel

629.0303\NHS
4907-5964-4078 .v1