# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

**Cynthia B. Scott, et al.**

**vs.**

**A. David Robinson, et al.**

Action No:   3:12CV00036

Date:   May 28, 2026

Judge:   Norman K. Moon

Court Reporter:   Whitney Stier

Deputy Clerk:   Carmen Amos

Plaintiffs' Attorneys

Theodore A. Howard
Ruby A. Cherian
Anna J. Kurien

Defendants' Attorneys

Nathan H. Schnetzler
Richard C. Vorhis

Also Present:
Dr. Homer Venters – Compliance Manager *(via Zoom)*
Plaintiff Cynthia B. Scott (in state custody)
Plaintiff Erin George (in state custody)

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

**PROCEEDINGS:**
Parties present in-person (unless otherwise noted) for the Final Status Conference in this matter.

Initial remarks by the Court. Statements by Ms. George and Ms. Scott. Comments by Mr. Howard. Comments by Mr. Schnetzler. Closing remarks by the Court and the parties.

Time in Court:   11:06 – 11:31 a.m.   (25 minutes)